Name: Christopher Lee Ventura

Address: 190 FairWay Lane

Ojai, Ca, 93023

Phone: 310·269-9894

Fax: _____

In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
5/13/25
CENTRAL DISTRICT OF CALIFORNIA
BY ___ CS ___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Fee Paid

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Christopher Lee Ventura

Plaintiff

v.

Donald Trump
Pete Hegseth
To Stop and    Defendant(s).
SubPoena Them & CourtMarshal Them &
EXPose a Horrific thing haPPening to me and get GovProtection
from Gov agents, Democrats, I am a big
SuPPorter of Mr Trump, Here are there names
They all have many aliases
Hillary & Bill Clinton
William gillis/mcgillis
Teri/Carra gillis/mcgillis
Jared Gillis/mcgillis
Kimber/Y Corsey/Jeanne DeVinzen/ & her 2 sons
Uldra Corsey/Sasha Corsen, Her Mom&dad
Joe & Bernice Pinchback not deceased
Joe was Harold Holder/Mr Corsen
Wife Bernice/Abugale I think worked in
finance in Mr Trumps first term

CASE NUMBER:
CV25-4353-JFW(BFMx)

( Enter document title in the space provided above)

_Page Number_

CV-127 (09/09)     PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

1  Sons  Larry Corsey
2  James  Corsey, Wife Tamala Corsey
3  Aaron Corsey, Kathy Cudlip Wife
4  Terry D Corsey & wife
5  Chris Messner
6  Todd Tunnicliff wife Glenda Tunnicliff
7  And more Try to find all alias names
8
9  They were all Sheriffs, DIA, CIA,
10  Military Navie, Secretary State, gov agents
11  All heavy Democrats, They Have bristally
12  Savagely Torture me 6 Years night &
13  Day against the Constitution, bill of
14  right, Decleration of Independence
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# VI. Cause of Action

US, 18,

1. Political Hostage Code 1203
2. Defamation (Libel & Slander, Civ. Code SS —
3. 43, 45, 46 (3)—47
4.
5. Intentional Infliction of Emotional
6. Distress Civil code—CIV S 1708.7
7.
8. IVation of Privacy, cal. Const. Aricle
9. Section 1) false Light invasion of Privacy
10. Code 647(J)
11. Improper Discoser of Social Secrurity Number
12. Civil Code S 1798.85
13.
14. Assult & Battery Code 18.2—57
15.
16. fraud and Constructive fraud, (Civil Code
17. SS, 1572—1573; 1709—1710
18.
19. Sexual Battery Code S 1708.5 )
20.
21. Improper use of Investigation Report
22. Civ. Code, S 1786
23.
24. Unfair Buisness Practice (Bus & Prof. Code
25. SS, 17200—17500, Et Seq.)
26.
27. War Crimes US. Code. S 2441—
28. Genocide, Code S 1091—

# VI. Cause of Action

6 Years being Tortured

§ 206 PC — Crime of torture in Ca,

Cal, Code, family Code FAM § 4325

Illegal Targetting Penal Code § 646.9 Ca

Intentional Tappering with President Code § 2051 (—
Election

Political Targetting Banning Microtargeted
Polical

Attemped Murder Penal Code 664/187

6:05    LTE 4

< **Chris Ventura** 🔍

Posts    About    Videos    Photos    Events

That ship 🚢 crew family are shooting raid ant killer into my body, head threw the port in my head, they pumped propane once went to hospital, ...rderers of American citizens illegally against God's word

👍 Like    💬 Comment    🔗 Copy    ➤ Share

Chris Ventura
Jan 9 · 🌐    •••

That ship 🚢 family crew have my head & body in the guillotine or something bad that sucks the life out of you while it looks like they're pumping in good. These guys are cons, murdering American citizens illegally for money, faults, accusing

📇 Following    💬 Message

🏠 Home    📹 Video (6)    👥 Friends    🏪 Marketplace    🔔 Notifications (3)    ☰ Menu

6:05

LTE 4

< **Chris Ventura** 🔍

Posts  About  Videos  Photos  Events

That ship 🚢 family crew have my head & body in the guillotine or something bad that sucks the life out of you while it looks like they're pumping in good. These guys are cons, murdering American citizens illegally for money, faults, accusing

2 comments

👍 Like    💬 Comment    🔗 Copy    ↗ Share

**Chris Ventura**
Jan 9 · 🌐                          ···

William McGillis & crew on that 🚢 ship & family & crew have my body and something that gave me pneumonia that can strip the life out of you might be the guillotine, attacked my throat raw because I'm pressing charges. They might kill me

🗳 Following            💬 Message

🏠 Home   📹 Video (6)   👥 Friends   🏬 Marketplace   🔔 Notifications (3)   ☰ Menu

6:04 ◀ LTE 4

< **Chris Ventura** 🔍

Posts    About    Videos    Photos    Events

**William McGillis on 🚢ship&crew in that family.I have an attorney bringing legal charges against them so they're on me like you can't believe right now they need to get this port out of my head quit torturing a Christian**

👥 1                                      1 comment

👍 Like        💬 Comment        🔗 Copy        ↪ Share

**Chris Ventura**                           ...
Jan 8 · 🌐

**William McGillis on that ship🚢 it's just a murder him and his crew they got my body in my head and something really bad. I'm only trying to live a healthy life. Good church. I love people some illegal program saying I messed stuff up for people BS**

✅ Following          💬 Message

🏠          📺6         👥         🏪        🔔3        ☰
Home       Video      Friends   Marketplace  Notifications  Menu

6:02                    LTE 4

<       Chris Ventura       Q

Posts   About   Videos   Photos   Events



**crew are bringing my house up, they hid it out of Texas & other places & can hurt me, they have my brain 🧠 & body in the gulotine or something bad gave me pneumonia, I'm innocent, it's murder BS**

👊 2

👍 Like    💬 Comment    🔗 Copy    ↪ Share

Chris Ventura         ...
Jan 3 · 🌐



**That 🚢 ship has something very bad in my head that hurts my brain 🧠 & go's into my body that gave me pneumonia before, & strips my system, I didn't hurt no 1 except a accident with faulty brakes in my life this is BS & illegal**

🔖 Following     💬 Message

🏠 Home   📺 Video   👥 Friends   🏪 Marketplace   🔔 Notifications   ☰ Menu

6:36 ⌁

•• LTE

## Chris Ventura

⟨    🔍

Posts    About    Videos    Photos    Events

**Jesus says by my words you'll be condemned. He says a measure you judge others you get judge they're doing it to make profit. They got an early warning, making racket using gun scare people to work for free money.**

👍 Like    💬 Comment    🔗 Copy    ↗ Share

Chris Ventura
Apr 15 · 🌐

**Somebody get that Seth Corson, who took his father's place up there in a high position out they're telling people they're not rising from the dead. I've heard it for years. What do they think of the son of God they're probably not gonna rise. Jesus said**



🏠 Following    💬 Message

🏠 Home    ▶ Video    👥 Friends    🏪 Marketplace    🔔³ Notifications    ☰ Menu

6:36 &#x27;                                    LTE

<       Chris Ventura       Q

Posts    About    Videos    Photos    Events

a $2 billion federal lawsuit. I think I
got them for sure plus Trump's
getting served secretary of defense
and Naval inspector. I know they
tampered with the election they got
caught, questioned, but I know they
did it. They use me as a pin

👍 Like     💬 Comment     🔗 Copy     ➦ Share

**Chris Ventura**
Apr 15 · 🌐

That Seth Corson/Aaron Corsey
Todd & Glenda tunnicliff might
try to set me up as a kid weirdo I
have a 2 billion lawsuit against
them in that ship and that
family and crew. I'm stating it
they do it all the time.



🗂 Following       💬 Message

🏠 Home    ▶ Video    👥 Friends    🏪 Marketplace    🔔³ Notifications    ☰ Menu

6:31                                       LTE

<          Chris Ventura                    Q

Posts    About    Videos    Photos    Events

**home because I new I was in danger, they know my every location with this port window in my head, I'm serious $500 million federal with 15 counts against that ship in that family,with my truck wiring**

👍😆 2                          2 comments

👍 Like        💬 Comment        🔗 Copy        ↪ Share

Chris Ventura                                    •••
Apr 12 · 🌐



**They keep my head up with the window or port in it, so it seems like I'm up there and bring my bedroom up at night when I sleep, to the god origin realm, and they hide Gipper in me, deity**



🔖 Following            💬 Message

🏠 Home    ▶️ Video    👥 Friends    🏬 Marketplace    🔔 Notifications (3)    ☰ Menu

6:33 ⌖                                    ■ LTE ◢

‹                    Chris Ventura                    🔍

Posts     About     Videos     Photos     Events



air in my head. I think the ship got in trouble, but I wouldn't count on it, but they got me in. It's like an air compressor in my head. Got a little trouble from inspector General of the Navy probably in garage 🚢or houses

🐼 1

👍 Like          💬 Comment          🔗 Copy          ↪ Share

Chris Ventura
Apr 13 · 🌐                                    •••



They try to burn 🔥 my eyes out last night if I don't stop 🌑 charges against them, thank friends up stopping them or saying anything, hurting my wife now to stop, she's going to leave me pretty sure



📇 Following          💬 Message

🏠 Home     ▶️ Video     👥 Friends     🏪 Marketplace     🔔³ Notifications     ☰ Menu

6:35                                    LTE 4

<       Chris Ventura       Q

Posts    About    Videos    Photos    Events

**A bunch been so on me trying to get my federal court completely done jacking my phone on the ship &family crew so I can't send the last documents & Pete Hegseth,secretary of defense,&John fuller naval inspector general severed today**

👍 Like     💬 Comment     Copy     Share

Chris Ventura
Apr 14 · 🌐                                    ...

**They have like a blanket shield over my roof,& body,have my house cut out up in the atmosphere,hiding me,they can hurt me or do whatever. I'm serving President Trump defense secretary,Pete hegseth,inspector General Navy**

🔖 Following      💬 Message

🏠 Home    ▶️ Video    👥 Friends    🏪 Marketplace    🔔 Notifications    ☰ Menu

6:35 ⌖                                LTE

<         Chris Ventura         Q

Posts    About    Videos    Photos    Events

**They got a $2 billion lawsuit against him and federal charges. I'm up to probably 20 including attempted murder they still won't take that Terry D Corey get her out they're blowing air hiding me somewhere with her son in Maui or somewhere Iolupe lane,**

👍 Like     💬 Comment     🔗 Copy     ↗ Share

Chris Ventura
Apr 15 · 🌐                 ⋯

**The high-powered angel girls son I believe it's got in Gipper. They got something in my head might cause me cancer and making me like a wigwam that hit me with like I'm drunk not sure I don't testify in federal court& 💰**

🔖 Following       💬 Message

🏠 Home    ▶ Video    👥 Friends    🏪 Marketplace    🔔³ Notifications    ☰ Menu

**Mail body: Evidence**

Evidence
Sent from my iPhone

5:19 ◀

.ıl LTE 5⃞

<         Chris Ventura         🔍

Posts    About    Videos    Photos    Events

**Why are bad X torturing & 💀 murdering me? I'm not in trouble that demented Corson family collect checks**     **calling you threat when I'm not not doing nothing wrong. I'm with my wife,its just murderout of God's origin I.**  **gipper,it's illegal**

👍 Like     💬 Comment     🔗 Copy     ↗ Share

**Chris Ventura**
Sep 6, 2024 · 🌐            ...

**That family is so demented they're back to hurting my stomach after lunch Attacking It maybe a clamp and shoot my food right through to my rear so I don't get nutrients murdering me, I'm not in trouble illegally targeting bad X Santa Barbara** 

🗂 Following        💬 Message

                    

Home    Video    Friends    Marketplace    Notifications    Menu



5:20    LTE 5

< **Chris Ventura**    Q

Posts    About    Videos    Photos    Events

👍 Like    💬 Comment    🔗 Copy    ↪ Share

**Chris Ventura**
Sep 6, 2024 · 🌐    •••

Angles &deities are supposed to harken to the word of the lord, Hebrews 1 , this family tortures &murders Christians,like Jesus said they will kill you thinking they are doing God a favor,Corsen/corsy family.the murderers lairs deceivers lake of fire 🔥 second death the book of revelations 21-8

👍 Like    💬 Comment    🔗 Copy    ↪ Share

**Chris Ventura**
Sep 6, 2024 · 🌐    •••

I'm in a bubble in trump hotel vagas, seth&sons I think&others a angel they need to get out stop torturing&murdering me with my wife this is totally illegal,the sister lost her job with the CIA spying on trump tack into me,fell in his office,because of me

✔ Following    💬 Message

🏠 Home    📹 Video ⑥    👥 Friends    🏪 Marketplace    🔔 Notifications ③    ≡ Menu

5:20

LTE **5**

‹          Chris Ventura          🔍

Posts     About     Videos     Photos     Events

**They always have somebody protecting the port in my head that's why Gipper been there day and night right 3 years now they might have somebody else they need to get it out of me & they wake me&wont let me rest thanks friends for helping me**

👍 Like          💬 Comment          🔗 Copy          ↗ Share


**Chris Ventura**
Sep 6, 2024 · 🌐                    ···

**That family are the biggest con artist making money    cause they're in the government called you a threat, but they torture you from the inside out through the port head & gipper hiding inside me so I have to smoke & drink& then say you got problems**

🗃 Following           Message

 Home      Video      Friends      Marketplace      Notifications      Menu

5:19 ✈    ▪▪ LTE **5**

‹    Chris Ventura    🔍

Posts    About    Videos    Photos    Events



**They use a bunch of there deities from Lopupe lane in Maui at the top near the swimming pool, the dad & mother lives there also in Maui that are doing this to me**

👍 Like    💬 Comment    🔗 Copy    ↗ Share

Chris Ventura
Sep 6, 2024 · 🌐    •••



**I didn't ask for Intel or information , I got Shanghai I didn't ask for Intel or any government secrets now they're just torturing and murder me that corsen -corsy family, sign up for this , and I'm not in trouble with the law, that's there excuse intel**

📑 Following    💬 Message

🏠 Home    📹 Video ⑥    👥 Friends    🏪 Marketplace    🔔 Notifications ③    ☰ Menu

5:15

LTE 5

< Chris Ventura

Posts    About    Videos    Photos    Events

Chris Ventura
Sep 10, 2024 · 🌐



**The father Joe pinchback is a horoble man 104 years old that calls the shots, a demented old lieutenant colonel in the military that does not honor the blood of Jesus mercy or grace evil man high in military & gov & daughter Sarah corsen CIA anti christ**

👍 Like    💬 Comment    🔗 Copy    ↪ Share

Chris Ventura
Sep 10, 2024 · 🌐

**I can take a lot of tequila 4 -3 years & gipper takes it all so it looks like I am abusing myself, because they are murdering me**

🔖 Following    💬 Message

🏠 Home    📹 Video    👥 Friends    🏪 Marketplace    🔔 Notifications    ☰ Menu

5:10    .. LTE **5**

<      Chris Ventura      🔍

Posts    About    Videos    Photos    Events



**Chris Ventura**
Jan 25 · 🌐        ···

**That family &. Crew y are making me like I'm drunk while I'm driving when I'm sober's day through the port in my head that could cause an accident. This is so wrong by God's word Christ is ahead of that body in the church.**

👍😆 2

👍 Like    ○ Comment    ⊘ Copy    ↪ Share



**Chris Ventura**
Jan 23 · 🌐        ···

**They have someone in my head or something in my head like I'm drunk, so I smoke or**



⊟ Following    💬 Message

🏠 Home    📹 Video (6)    👥 Friends    🏪 Marketplace    🔔 Notifications (3)    ☰ Menu

5:15      .ı LTE **5**

<      Chris Ventura      Q

Posts    About    Videos    Photos    Events

**Chris Ventura**
Sep 13, 2024 · 🌐    ···

**Gipper still around last 2 days, he hides up high in the I God orgin place ▫️▫️▫️ ☺ he was in the military,& he hides in my controls things in me, I want him out,he hurts me at will,other family comes in,my heart,till blocking absorbtion food,shaking me**

👍 Like    💬 Comment    🔗 Copy    ↗ Share

**Chris Ventura**
Sep 10, 2024 · 🌐    ···



**They turn people into murderers because that's what they are, they**



🏠 Following      💬 Message

🏠 Home    📹 Video ⁶    👥 Friends    🏪 Marketplace    🔔 Notifications ³    ☰ Menu

5:16                                    LTE 5

<          Chris Ventura                          Q

Posts    About    Videos    Photos    Events

Sep 7, 2024 · 🌐

**That's how they do it they make it look like God out of the I orgin ▢ as they slowly torture & murder till you drink & smoke your liver stippling your food ⬤ & nutrients out of your body gipper invisible inside&they come threw the port in my head also doing it,5years**

👍 Like        💬 Comment        🔗 Copy        ↗ Share

Chris Ventura                                          ...
Sep 7, 2024 · 🌐

**They are making look good out of I ▢▢ ☺ like they are putting good in me while gipper or one of them is brutally attacking my stomach, they want me to say**

🔖 Following              💬 Message



🏠 Home    📹 Video (6)    👥 Friends    🏪 Marketplace    🔔 Notifications (3)    ☰ Menu

5:18     •I  LTE  5

<     **Chris Ventura**     Q

Posts About Videos Photos Events

them in jail

👍 Like  💬 Comment  🔗 Copy  ↪ Share

**Chris Ventura**
Sep 6, 2024 · 🌐        ···

I m being murdererd out of I ☺ eye orgin ☐☐brunette Sarah corsen -Jeanne devizin family is murdering me boo- Larry corsy Chris messner James corsy Aron & corsy Sean & Danial corsy terry corsen Tammy fisher corsy,dad & mom joe & Bernice pinchback

👍 Like  💬 Comment  🔗 Copy  ↪ Share

**Chris Ventura**
Sep 6, 2024 · 🌐        ···

**That corsen-corsy family is**

🏷 Following   💬 Message

🏠 Home 📹 Video⁶ 👥 Friends 🏪 Marketplace 🔔 Notifications³ ☰ Menu

5:19    .ıl    LTE 5

‹    Chris Ventura    🔍

Posts    About    Videos    Photos    Events

👍 Like    💬 Comment    🔗 Copy    ↪ Share

Chris Ventura    · · ·
Sep 6, 2024 · 🌐

**That Gipper needs to get out of me 3 years night&day keeps taking my strength &every night he takes all my food out through a port in my stomach every night
I'm married. ain't doing nothing wrong.Why are these deities targeting me murdering me**

👍 Like    💬 Comment    🔗 Copy    ↪ Share

Chris Ventura    · · ·
Sep 6, 2024 · 🌐

**Gipper & Non of this corsen-**



🗂 Following    💬 Message

🏠 Home    ▶️⁶ Video    👥 Friends    🏪 Marketplace    🔔³ Notifications    ☰ Menu

5:18

LTE 5

<        **Chris Ventura**        🔍

Posts    About    Videos    Photos    Events

> **They might've set some friends up. I was on the trip and they're saying names in the air on the way to Trump towers Las Vegas, where they threatened to kill me if I go there because they're close friends with Hillary, the people that Shanghai me.**

👍 Like    💬 Comment    🔗 Copy    ↗ Share

**Chris Ventura**
Jul 27, 2024 · 🌐        •••

> **Sarah corsen & her father Joe Pinchback&ship Shanghai in my body for five years cause she's a candelabra been in the military &CIA. gives the labra to masocist brothers to torture& murder a blood bought Christian,I'm not in trouble with the law**

🔖 Following      💬 Message

🏠 Home    📹 Video    👥 Friends    🏪 Marketplace    🔔 Notifications    ☰ Menu

5:18    LTE 5

< Chris Ventura Q

Posts   About   Videos   Photos   Events

**me before I'm dead, his wife covers him & is in me a lot**

👍 Like    💬 Comment    🔗 Copy    ↗ Share

Chris Ventura    •••
Sep 6, 2024 · 🌐

**Seth corsen - Aron corsy& sons sean & Danial & wife Anna Gunther - James Corsy Tammy fisher-corsy are murdering me bad x cops 💀 live in Santa Barbara mountain& red rock,& terry Corsy & Chris messner,dad Joe pinchback Maui**

👍 Like    💬 Comment    🔗 Copy    ↗ Share

Chris Ventura    •••
Sep 5, 2024 · 🌐

🖇 Following    💬 Message

🏠 Home   📹 Video   👥 Friends   🏪 Marketplace   🔔 Notifications   ☰ Menu

**Mail body: Evidence**

Evidence
Sent from my iPhone

5:20    LTE **5**

< **Chris Ventura** 🔍

Posts    About    Videos    Photos    Events

👍 Like    💬 Comment    🔗 Copy    ↗ Share

**Chris Ventura**    •••
Sep 6, 2024 · 🌐

Angles &deities are supposed to harken to the word of the lord, Hebrews 1 , this family tortures &murders Christians,like Jesus said they will kill you thinking they are doing God a favor,Corsen/corsy family.the murderers lairs deceivers lake of fire 🔥 second death the book of revelations 21-8

👍 Like    💬 Comment    🔗 Copy    ↗ Share

**Chris Ventura**    •••
Sep 6, 2024 · 🌐

I'm in a bubble in trump hotel vagas, seth&sons I think&others a angel they need to get out stop torturing&murdering me with my wife this is totally illegal,the sister lost her job with the CIA spying on trump tack into me,fell in his office,because of me

📦 Following    💬 Message



🏠 Home    📺 Video **6**    👥 Friends    🏪 Marketplace    🔔 Notifications **3**    ☰ Menu

5:20                                    LTE **5**

<             Chris Ventura            Q

Posts    About    Videos    Photos    Events

👍 Like    💬 Comment    🔗 Copy    ↪ Share

**Chris Ventura**      ...
Sep 6, 2024 · 🌐

Angles &deities are supposed to harken to the word of the lord, Hebrews 1 , this family tortures &murders Christians,like Jesus said they will kill you thinking they are doing God a favor,Corsen/corsy family.the murderers lairs deceivers lake of fire 🔥 second death the book of revelations 21-8

👍 Like    💬 Comment    🔗 Copy    ↪ Share

**Chris Ventura**      ...
Sep 6, 2024 · 🌐



🏷 Following      💬 Message

🏠 Home    📹 Video **6**    👥 Friends    🏪 Marketplace    🔔 Notifications **3**    ☰ Menu

5:21 LTE 5

< Chris Ventura 🔍

Posts   About   Videos   Photos   Events

**Gunther & Tammy James & Tamala corsy have been at the port in my head keeping me up torturing & murdering me, attacking my stomach so I pee my food  out my rear loosing nutrients murderers, with gipper hiding in me**

👍 Like    💬 Comment    🔗 Copy    ➤ Share

Chris Ventura
Sep 7, 2024 · 🌐    •••

**Gipper & another of that family is hiding in me, making all my food  go liquid out my rear 4 days, Gunther & Tammy at the port**

 Following     Message

 Home     Video     Friends     Marketplace     Notifications     Menu

5:20

LTE 5

<     Chris Ventura     🔍

Posts   About   Videos   Photos   Events

**They always have somebody protecting the port in my head that's why Gipper been there day and night right 3 years now they might have somebody else they need to get it out of me & they wake me&wont let me rest thanks friends for helping me**

👍 Like    💬 Comment    🔗 Copy    ↗ Share

Chris Ventura
Sep 6, 2024 · 🌐

···

**That family are the biggest con artist making money   cause they're in the government called you a threat, but they torture you from the inside out through the port head & gipper hiding inside me so I have to smoke & drink& then say you got problems**

✅ Following      💬 Message

 Home    Video    Friends    Marketplace    Notifications    Menu

5:19                                    LTE 5

< Chris Ventura                              🔍

Posts    About    Videos    Photos    Events

👍 Like      💬 Comment      🔗 Copy      ↗ Share

**Chris Ventura**
Sep 6, 2024 · 🌐                                    ...

**That Gipper needs to get out of me 3 years night&day keeps taking my strength &every night he takes all my food out through a port in my stomach every night I'm married. ain't doing nothing wrong.Why are these deities targeting me murdering me**

👍 Like      💬 Comment      🔗 Copy      ↗ Share

**Chris Ventura**
Sep 6, 2024 · 🌐                                    ...

**Gipper & Non of this corsen-**

🔖 Following              💬 Message

🏠 Home    📹 Video    👥 Friends    🏪 Marketplace    🔔 Notifications    ☰ Menu

5:19 ✈    LTE 5

<             **Chris Ventura**          🔍

Posts    About    Videos    Photos    Events

**They use a bunch of there deities from Lopupe lane in Maui at the top near the swimming pool, the dad & mother lives there also in Maui that are doing this to me**

👍 Like    💬 Comment    🔗 Copy    ↪ Share

**Chris Ventura**
Sep 6, 2024 · 🌐        •••

**I didn't ask for Intel or information , I got Shanghai I didn't ask for Intel or any government secrets now they're just torturing and murder me that corsen -corsy family, sign up for this , and I'm not in trouble with the law, that's there excuse intel**

 Following       Message

 Home     Video     Friends     Marketplace     Notifications     Menu

5:16    LTE 5

<       Chris Ventura       Q

Posts    About    Videos    Photos    Events

Sep 7, 2024 · 🌐

**That's how they do it they make it look like God out of the I orgin 🔲 as they slowly torture & murder till you drink & smoke your liver stippling your food 🌑 & nutrients out of your body gipper invisible inside&they come threw the port in my head also doing it,5years**

👍 Like      ◯ Comment      ⟲ Copy      ↗ Share

**Chris Ventura**
Sep 7, 2024 · 🌐          ···

**They are making look good out of I 🔲🔲 ○ like they are putting good in me while gipper or one of them is brutally attacking my stomach, they want me to say**

🏠 Following      💬 Message

🏠 Home    📹 Video (6)    👥 Friends    🏪 Marketplace    🔔 Notifications (3)    ☰ Menu

5:18                                    LTE 5

‹                    Chris Ventura                    🔍

Posts    About    Videos    Photos    Events

**me before I'm dead, his wife covers him & is in me a lot**

👍 Like        💬 Comment        ⌐ Copy        ↱ Share

**Chris Ventura**
Sep 6, 2024 · 🌐

**Seth corsen - Aron corsy& sons sean & Danial & wife Anna Gunther - James Corsy Tammy fisher-corsy are murdering me bad x cops 💀 live in Santa Barbara mountain& red rock,& terry Corsy & Chris messner,dad Joe pinchback Maui**

👍 Like        💬 Comment        ⌐ Copy        ↱ Share

**Chris Ventura**
Sep 5, 2024 · 🌐

🔖 Following           💬 Message

        

Home      Video      Friends      Marketplace      Notifications      Menu

5:15                                    .ıl  LTE  5

← Chris Ventura                              🔍

Posts    About    Videos    Photos    Events

Chris Ventura
Sep 13, 2024 · 🌐                            ···

**Gipper still around last 2 days, he hides up high in the I God orgin place** ▫️ ▫️ 🌙 **he was in the military,& he hides in my controls things in me, I want him out,he hurts me at will,other family comes in,my heart,till blocking absorbtion food,shaking me**

👍 Like        💬 Comment        🔗 Copy        ↪ Share

Chris Ventura
Sep 10, 2024 · 🌐                            ···



**They turn people into murderers because that's what they are, they**

📁 Following              💬 Message

🏠 Home    📹 Video⁶    👥 Friends    🏪 Marketplace    🔔 Notifications³    ☰ Menu

5:18     LTE **5**

<       Chris Ventura       🔍

Posts    About    Videos    Photos    Events

**them in jail**

👍 Like    💬 Comment    ⟲ Copy    ↗ Share

**Chris Ventura**
Sep 6, 2024 · 🌐

I m being murdererd out of I 👁 eye orgin ⬜⬜brunette Sarah corsen -Jeanne devizin family is murdering me boo- Larry corsy Chris messner James corsy Aron & corsy Sean & Danial corsy terry corsen Tammy fisher corsy,dad & mom joe & Bernice pinchback

👍 Like    💬 Comment    ⟲ Copy    ↗ Share

**Chris Ventura**
Sep 6, 2024 · 🌐

**That corsen-corsy family is**

🔖 Following      💬 Message

🏠 Home    📺 Video **6**    👥 Friends    🏪 Marketplace    🔔 Notifications **3**    ☰ Menu

5:18

LTE **5**

<         Chris Ventura         🔍

Posts    About    Videos    Photos    Events

**They might've set some friends up. I was on the trip and they're saying names in the air on the way to Trump towers Las Vegas, where they threatened to kill me if I go there because they're close friends with Hillary, the people that Shanghai me.**

👍 Like     💬 Comment     🔗 Copy     ↪ Share

**Chris Ventura**
Jul 27, 2024 · 🌐            •••

**Sarah corsen & her father Joe Pinchback&ship Shanghai in my body for five years cause she's a candelabra been in the military &CIA. gives the labra to masocist brothers to torture& murder a blood bought Christian,I'm not in trouble with the law**

🏷 Following         💬 Message

🏠    📹    👥    🏪    🔔    ☰
Home   Video   Friends   Marketplace   Notifications   Menu

5:20      LTE 5

<     **Chris Ventura**     Q

Posts   About   Videos   Photos   Events

**Thanks friends, for trying to save my life from these demented government sold their soul making money people family with the government**

 Like     Comment     Copy     Share

 **Chris Ventura**
Sep 6, 2024 · 🌐

**Me and my wife are enjoying our honeymoon having a few drinks, but they are Twerking on my head through the port throwing me off so bad so I drink or do something stupid is deceiving murder and liars Corsey brothers**

 Following      Message

 Home    Video    Friends    Marketplace    Notifications    Menu

5:19

LTE 5

< Chris Ventura Q

Posts    About    Videos    Photos    Events

Why are bad X torturing & 💀 murdering me? I'm not in trouble that demented Corson family collect checks 💰 💰 💰 💰 calling you threat when I'm not not doing nothing wrong. I'm with my wife, its just murderout of God's origin I. ⬜ gipper, it's illegal

👍 Like    💬 Comment    🔗 Copy    ↪ Share

Chris Ventura
Sep 6, 2024 · 🌐 ···

That family is so demented they're back to hurting my stomach after lunch Attacking It maybe a clamp and shoot my food right through to my rear so I don't get nutrients murdering me, I'm not in trouble illegally targeting bad X Santa Barbara 💀

📇 Following    💬 Message

🏠 Home    📹 Video 6    👥 Friends    🏪 Marketplace    🔔 Notifications 3    ☰ Menu

**Mail body: Evidence**

Evidence
Sent from my iPhone

6:43    LTE 40

**Chris Ventura**

Posts    **About**    Videos    Photos    Events

**The 2 son not to tall skinny, the high power angles, son by my bed with a bunch in him, near bedroom, t**

1

Like    Comment    Copy    Share

**Chris Ventura**
Apr 16 ·

**NOw there invading my house home, & bringing my house up**    **i penthol on ship**  **@Threat to kill my wife's 3 daughters if I don't drop charges on them, re**
**Isn't that Christ like & God &Holy spirt,/ need to get stipped of all , authority, up in I**  **all seat,**

 Following     Message


Home


Video


Friends


Marketplace


Notifications


Menu



6:43    LTE 40

< **Chris Ventura**    🔍

**Posts**    **About**    **Videos**    **Photos**    **Events**



**Please get them stripped of all authority, spirituality up, not the father's love messhia Jesus holy spirt love 💕 how trinity are they killing everyone**

👾 1

👍 Like    💬 Comment    🔗 Copy    ↗ Share

**Chris Ventura**
Apr 15 · 🌐    ···



**On the night they knew I was Purposing penthol hit me with a wigwam military, couldn't purpose,wife had to try to carry me out & car hotel almost died,sick demented 🚢family crew I've ever seen,Please stop 🔘 them them kill me till trump ge**

📥 Following    💬 Message

🏠 Home    ▶️ Video    👥 Friends    🏪 Marketplace    🔔 Notifications (3)    ☰ Menu

6:43    LTE 40

< **Chris Ventura** 🔍

**Posts**    **About**    **Videos**    **Photos**    **Events**

I took,4viagra, couldn't perform trying to save marriage, gipper takes since marriage, wedding night always they all watch talking pee show even mom&day,all, heckling me,stripping me,commanding him, I wife is ready to leave me

🏅 1

👍 Like    💬 Comment    🔗 Copy    ➤ Share

 **Chris Ventura**
Apr 15 · 🌐    ···

The  that holds illegal reform law is no good, they use it to torture & murder any they want kill or to death, look like natural causes & gipper go's at a point,& I fall t ty o ground

✅ Following    💬 Message

 Home     Video     Friends     Marketplace     Notifications (3)    ☰ Menu

6:40    LTE 41

< **Chris Ventura** 🔍

Posts    **About**    Videos    Photos    Events

**The works are truly filthy rags a guy I meet once and accused me of tornadoes. I had a chemical imbalance. I watched a lot of news caring about people. I didn't screw nothing up. Try to tell me it cost tornadoes. Yeah every year s no my million blo** 💰

👍 Like    💬 Comment    🔗 Copy    ↗ Share

**Chris Ventura**
Apr 15 · 🌐  •••

**They tried to claim I caused that earthquake in Chernobyl are on Japan killed hundreds of thousands of people a guy met once was thinking about me a year prior after yeah right I took geology fault lines it's on the ring of fire. They're sick in the head.**

✅ Following    💬 Message

🏠 Home   ▶️ Video   👥 Friends   🏪 Marketplace   🔔 Notifications ③   ☰ Menu

6:40     📶 LTE 41



# Chris Ventura     🔍

Posts     About     Videos     Photos     Events

knew it was happening. I'm trying to save my marriage and get her still here talking whether he's here. I left a microphone from up there. Would you guys get these guys dethroned

👍 1

👍 Like     💬 Comment     🔗 Copy     ↗ Share



**Chris Ventura**     ⋯
Apr 15 · 🌐

I'm trying to save my marriage. She's looking if I'm looking and shopping like hunky, surfers and stuff because of them she's going nuts. She's a saint though. I'm trying to save it in Gipper now she doesn't really want to be in public cause he blabbers all day

📥 Following     💬 Message



🏠 Home     ▶ Video     👥 Friends     🔔 Notifications     ☰ Menu

6:39    LTE

< 　　　　　Chris Ventura 　　　　　🔍

Posts　　About　　Videos　　Photos　　Events

**wedding on the beach and Crown Plaza. The ship hit me with the wing gum proposing at dinner in Pismo. I couldn't even barely make it out of the restaurant I couldn't even propose for their godly.**

 2

👍 Like　　💬 Comment　　🔗 Copy　　↗ Share

Chris Ventura　　　　　•••
Apr 15 · 🌐

**wife is ready to leave me and Gipper won't shut up. She don't even wanna go if you don't even wanna go to freaking nice Italian dinner and a bunch of gifts. I got her. I was gonna give her you're gonna ruin that again ruin vacation's, ruined my**

✅ Following　　　　💬 Message

🏠 Home　　▶ Video　　👥 Friends　　🏪 Marketplace　　🔔 Notifications　　☰ Menu

6:36 ⬆    LTE 41

<       **Chris Ventura**       🔍

Posts    **About**    **Videos**    **Photos**    **Events**

**Jesus says by my words you'll be condemned. He says a measure you judge others you get judge they're doing it to make profit. They got an early warning, making racket using gun scare people to work for free money.**

👍 Like    💬 Comment    🔗 Copy    ↗ Share

**Chris Ventura**
Apr 15 · 🌐

**Somebody get that Seth Corson, who took his father's place up there in a high position out they're telling people they're not rising from the dead. I've heard it for years. What do they think of the son of God they're probably not gonna rise. Jesus said**



🏠 Home    ▶ Video    👥 Friends    🏪 Marketplace    🔔 Notifications    ☰ Menu

6:36     •••  LTE  41

<      Chris Ventura      🔍

Posts   **About**   **Videos**   **Photos**   **Events**

**They don't honor the Messiah God's kicking your money mercy's new every day. God's word they're just torturing killer machines bringing back slavery. If you don't do what they say they no reform program the dad & Fred mum**

👍 Like    💬 Comment    🔗 Copy    ↗ Share

**Chris Ventura**
Apr 15 · 🌐      •••

**I had to torch gun themat my last apartment when they were going for the kill on me cause a torch gun popping them all in the spirit. Those guys are monsters say no reform program at dad's got a focus thing, they don't honor the justice system, just kill**

 Following       💬 Message

 Home    Video    Friends    Notifications    Menu

6:36       LTE 41

<     **Chris Ventura**     🔍

**Posts**   **About**   **Videos**   **Photos**   **Events**

my will. They were all collecting checks for about five years saying I'm an employee. I've only been up there twice., they keep my head in and they fake it and pull my bedroom up at night and fake a bunch of crap

🌐 1

👍 Like    💬 Comment    🔗 Copy    ↪ Share

**Chris Ventura**
Apr 15 · 🌐 ···

These guys are demented. I gave my light to Christ as a teenager in high school. I got so into the Lord I know the Bible like the back of my hand my right from wrong. These guys are dominant. I've only been with women in my life. I ain't weird in anyway

 **Following**      **Message**

 Home    Video    Friends    Marketplace    Notifications    Menu

6:36 ⬈                          📶 LTE 41

<          **Chris Ventura**          🔍

Posts    **About**    **Videos**    **Photos**    **Events**

**The dad was ahead of the FBI he gets bogus orders. That piece of papers were shit or whatever credentials are the ship. He gets the order. This ain't no reform. It's torturous murder for six years to torture you till you die. I have proof.6 years night and day**

 Like     Comment     Copy     Share

 **Chris Ventura**
Apr 15 · 🌐 ···

**I know there's witnesses a shame made a military ships and up in eye God's origin realms I got a $2 million lawsuit if any witnesses wanna call me we'll have some slices of pizza& demented mak me look like sick wirdo**

 ☑ Following       💬 Message

 Home     Video     Friends     Marketplace     ③ Notifications     Menu

6:36 📍      ▪◻ LTE 🔋41

‹     **Chris Ventura**     🔍

Posts    **About**    Videos    Photos    Events

**a $2 billion federal lawsuit. I think I got them for sure plus Trump's getting served secretary of defense and Naval inspector. I know they tampered with the election they got caught, questioned, but I know they did it. They use me as a pin**

👍 Like    💬 Comment    🔗 Copy    ↗ Share

**Chris Ventura**
Apr 15 · 🌐       •••

**That Seth Corson/Aaron Corsey Todd & Glenda tunnicliff might try to set me up as a kid weirdo I have a 2 billion lawsuit against them in that ship and that family and crew. I'm stating it they do it all the time.**

✅ Following      💬 Message

🏠 Home    ▶️ Video    👥 Friends    🏪 Marketplace    🔔³ Notifications    ☰ Menu

6:35                     LTE 

<         **Chris Ventura**         Q

**Posts**     **About**     **Videos**     **Photos**     **Events**

> **They got a $2 billion lawsuit against him and federal charges. I'm up to probably 20 including attempted murder they still won't take that Terry D Corey get her out they're blowing air hiding me somewhere with her son in Maui or somewhere lolupe lane,**

 Like     Comment     Copy     Share

 **Chris Ventura**
Apr 15 · 🌐        •••

> **The high-powered angel girls son I believe it's got in Gipper. They got something in my head might cause me cancer and making me like a wigwam that hit me with like I'm drunk not sure I don't testify in federal court& 💰**

 Following         Message

                
Home    Video    Friends    Marketplace    Notifications    Menu

6:35   LTE 42

< **Chris Ventura** 🔍

Posts    About    Videos    Photos    Events

A bunch been so on me trying to get my federal court completely done jacking my phone on the ship &family crew so I can't send the last documents & Pete Hegseth,secretary of defense,&John fuller naval inspector general severed today

 Like    Comment    Copy    Share

 **Chris Ventura**
Apr 14 · 🌐   •••

They have like a blanket shield over my roof,& body,have my house cut out up in the atmosphere,hiding me,they can hurt me or do whatever. I'm serving President Trump defense secretary,Pete hegseth,inspector General Navy

 Following     Message

 Home    Video    Friends    Marketplace    Notifications    Menu

6:35    LTE 42

< **Chris Ventura** 🔍

Posts    **About**    Videos    Photos    Events

A bunch been so on me trying to get
my federal court completely done
jacking my phone on the ship
&family crew so I can't send the last
documents & Pete
Hegseth,secretary of
defense,&John fuller naval
inspector general severed today

 Like     Comment     Copy     Share

 **Chris Ventura**
Apr 14 · 🌐    •••

They have like a blanket shield over
my roof,& body,have my house cut
out up in the atmosphere,hiding
me,they can hurt me or do
whatever. I'm serving President
Trump defense secretary,Pete
hegseth,inspector General Navy

 Following     Message

 Home     Video     Friends     Marketplace     Notifications     Menu

6:33 📍     .ıl LTE 42

<     **Chris Ventura**     🔍

**Posts**    **About**    **Videos**    **Photos**    **Events**

**air in my head. I think the ship got in trouble, but I wouldn't count on it, but they got me in. It's like an air compressor in my head. Got a little trouble from inspector General of the Navy probably in garage 🚢or houses**

🫂 1

👍 Like    💬 Comment    🔗 Copy    ↪ Share

**Chris Ventura**        •••
Apr 13 · 🌐

**They try to burn 🔥 my eyes out last night if I don't stop ⚫ charges against them, thank friends up stopping them or saying anything, hurting my wife now to stop, she's going to leave me pretty sure**

✅ Following      💬 Message

🏠 Home    ▶️ Video    👥 Friends    🏪 Marketplace    🔔 Notifications (3)    ☰ Menu

6:34     LTE 42

<     Chris Ventura     🔍

**Posts**   **About**   **Videos**   **Photos**   **Events**

**Please friends anyone, read all my posts lately, I hope they don't get a bogus kill order because they are torturing murderers for**  **big, they back slavers, deceiving GOG,&gov, all they know how, Kimberly corsey, devenzin alias now** 


👍 Like    💬 Comment    ⟲ Copy    ↪ Share

**Chris Ventura**
Apr 13 · 🌐     •••



**They're starting to hurt my wife. Again to stop ⚪ charges that needs to get out of me and them out of my head they're shaving God even they're so often their doctrine. She's probably leaving me. She's been trying to get away. They drove her nuts.**

✅ Following     💬 Message

🏠 Home   ▶️ Video   👥 Friends   🏪 Marketplace   🔔 Notifications ③   ☰ Menu

6:33     ＬＴＥ 42

< **Chris Ventura** 🔍

Posts   **About**   Videos   Photos   Events

**They came if was the holy spirt or were but trick to trick for a blaspheme order to kill me before / changed them woo, 16 counts $500 million in federal court , for profit 💰 mak people slave, torturing & murder, if don't obay, ok till dead, or kil so repay b**

👍 Like     💬 Comment     🔗 Copy     ↗ Share

**Chris Ventura**
Apr 13 · 🌐

**More proof, they miss using What they have there authority up in I    , using it for 💰💰 Torture & murder, for gov, ck's $ to get a blasphemy kill order on me, very Heavily,bare faults 💵💰 millions,top secret,lie for millions to gov as I'm employed 🏆**



✅ Following          💬 Message

🏠 Home   ▶️ Video   👥 Friends   🏪 Marketplace   🔔 Notifications ③   ☰ Menu

6:33    LTE 42

<     **Chris Ventura**     🔍

Posts    **About**    Videos    Photos    Events



That gipper needs to get out of me.
They all started to hurt me so bad
cause I got Federal charges in 16
counts against him in a $500 million
lawsuit he's been in me three years
night &day.he hurts & I need him out
& the high-powered angel sister
sons.

👥 1

👍 Like    💬 Comment    🔗 Copy    ↗ Share

**Chris Ventura**
Apr 13 · 🌐      •••



Todd tunniclff was one of them & his
wife, Kimberly Corsey  high
powered angle,some her family
bunch of others, Probably switch all
night torturing , gipper is controlling
my brain ,$500 million pain suf,
federal lawsuit 16counts,on SB
sheriffs dep, ✋

☑ Following     💬 Message



🏠 Home   ▶ Video   👥 Friends   🏪 Marketplace   🔔 Notifications (3)   ☰ Menu

6:32    LTE 42

<      **Chris Ventura**      🔍

Posts   About   Videos   Photos   Events

They are starting to burn my eyes 👀 out, they said they were going too, they cut my hotel out, & hid it up in 🌑 🌑 🀫 🀫 I, might kill me, hurting me, family crew, because I would stop federal charges 16, $500 million pain suf,, putting them in prison -life,

🐾 1

👍 Like    💬 Comment    🔗 Copy    ↪ Share

**Chris Ventura**
Apr 13 · 🌐      •••



I was born with horrible attention span , &, concentration span, this crew tortured me, I didn't read a book barley till out of school, I had a bad chemical unbalance, after it, threw brain 🧠 off, these are sick, torturing mentally & physically 5-6years,



☑ Following      💬 Message

🏠 Home    ▶ Video    👥 Friends    🛒 Marketplace    🔔 Notifications (3)    ☰ Menu

6:32

LTE 42

<     Chris Ventura     🔍

Posts   **About**   Videos   Photos   Events

**If they don't do what you say, they hurt you they brought back slavery and if you don't do what they say and they don't like you after you've been exposed to what they're doing they kill you**

👍 Like    💬 Comment    🔗 Copy    ↗ Share

**Chris Ventura**     •••
Apr 12 · 🌐

**hiding behind God, using things of God Shanghai people putting ports in their head, hurting them to make them a slave on that ship for free as employees checks they collect,slaves,hurt or kill or torture till dead if don't obay,or want out,cult like spiritual**

✅ Following      💬 Message

🏠 Home   ▶ Video   👥 Friends   🏪 Marketplace   🔔 Notifications   ☰ Menu

6:31    LTE 42

< Chris Ventura 🔍

Posts   About   Videos   Photos   Events

home because I new I was in danger, they know my every location with this port window in my head, I'm serious $500 million federal with 15 counts against that ship in that family, with my truck wiring

  2    2 comments

 Like    Comment    Copy    Share

 Chris Ventura
Apr 12 · 🌐    •••

They keep my head up with the window or port in it, so it seems like I'm up there and bring my bedroom up at night when I sleep, to the god origin realm, and they hide Gipper in me, deity

 Following     Message

 Home   Video   Friends   Marketplace   Notifications   Menu

6:29 ◤   LTE 42

# Chris Ventura

Posts    **About**    Videos    Photos    Events



...ceung Heaven ship 🚢 a 100's
of millions, & Hillary Clinton
also, + they have $100 million
insurance policy on the 🚢 ship ,
Hillary Clinton leases the ship,
sueing the high power X CIA
agent,brunette military girl,
might get killed, natural causes

👹 1

👍 Like    💬 Comment    🔗 Copy    ↪ Share

**Chris Ventura**
Apr 5 · 🌐



Gipper tweaking my brain 🧠 so bad
keeping me up,reading my thoughts
as gipper speaks with my voice
box,speaking my every thought,
true, they have control mind,&
voice,sueing for 100's of
millions,talking to White
House,get that port,brunette,fre

✅ Following      💬 Message

🏠 Home    ▶️ Video    👥 Friends    🏪 Marketplace    🔔 Notifications (3)    ☰ Menu

6:25 ◈                              ▪️ LTE 43▪️

‹                    Chris Ventura                    🔍

Posts    **About**    Videos    Photos    Events

Me & my wife are
Christian   We love Jesus
why does that ship 🚢 &
family keep torturing me
put in light while hiding in
me hurting me BS

😾😿 2                                    1 comment

👍 Like        💬 Comment        🔗 Copy        ↪ Share

**Chris Ventura**
Mar 14 · 🌐

They are racing my insides so I take
pills 💊 & OD people from that ship in
here and that family while they
pump lighting like I'm they're doing
something good. There's the
biggest deceivers ever they need to
get out of my lifeout of my
body.federal charge



| ☑ Following | 💬 Message |

🏠            ▶️            👥            🏪            🔔³            ☰
Home        Video        Friends      Marketplace   Notifications    Menu

6:25 ◆                    .il  LTE  4⊞

‹            Chris Ventura            🔍

Posts    About    Videos    Photos    Events


Me & my wife are
Christian  We love Jesus
why does that ship 🚢 &
family keep torturing me
put in light while hiding in
me hurting me BS

 2                    1 comment

👍 Like      💬 Comment      🔗 Copy      ↱ Share

Chris Ventura
Mar 14 · 🌐


They are racing my insides so I take
pills 💊 & OD people from that ship in
here and that family while they
pump lighting like I'm they're doing
something good. There's the
biggest deceivers ever they need to
get out of my lifeout of my
body.federal charge

✅ Following          💬 Message

🏠        ▶️        👥        🏪        🔔        ☰
Home      Video      Friends    Marketplace  Notifications    Menu

6:25    LTE 43

< **Chris Ventura** 🔍

**Posts**    **About**    **Videos**    **Photos**    **Events**

**Corsen brunette high powered angel & the rest of her brothers Todd tunnicliff & the ship 🚢 crew are still hunting me torturing in bed with my wife spinning my head core again murderers**

👍🤯 2

👍 Like    💬 Comment    🔗 Copy    ↗ Share

 **Chris Ventura**
Mar 16 · 🌐                    · · ·

**They keep taking my stomach core out stripping all my food out hurting my shoulders body I'm about ready to blow my brains out from that family ship 🚢 &crew me & my wife are Christians this a deception BS they're tricky**

☑ Following          💬 Message

🏠 Home   ▶️ Video   👥 Friends   🏪 Marketplace   🔔(3) Notifications   ☰ Menu

6:25    .ıll LTE **43**

<       **Chris Ventura**       🔍

Posts    **About**    **Videos**    **Photos**    **Events**

**That ship 🚢 the old man Mr Corsen & the Clinton's own that penthol runs, I think are independent contractors for the military, since I figured it,they aren't letting my food in my system, I been poltered all day stripping my system shaking**

 Like     Comment     Copy     Share

 **Chris Ventura**
Mar 17 · 🌐      •••

**William McGillis on that ship 🚢 killing me is a heroin addict. He told me himself told me I had to try it. along with the brunette**

 Following      Message

 Home     Video     Friends     Marketplace     Notifications     Menu

6:24

LTE 43

< **Chris Ventura**   🔍

Posts    About    Videos    Photos    Events

**They are spinning my stomach take my core they have taken my seal in & out for years**

👍 Like     💬 Comment     🔗 Copy     ↪ Share

**Chris Ventura**
Mar 14 · 🌐

**They would be in prison for life Everyone of these angles & deities are human I know them, read my post years of brutalizing torture, 🚢 independent contractor with the military, Clinton's, & high powered angles dad & ship crew 🚢 Jesus paid all**

✅ Following     💬 Message

🏠 Home    ▶ Video    👥 Friends    🏪 Marketplace    🔔 Notifications ③    ☰ Menu

6:24 ⌁                    ⏹ LTE 43

‹                 **Chris Ventura**                🔍

Posts    About    Videos    Photos    Events

**That ship 🚢 I think is a independent contractor for the military, they get paid acting like I work for them, that family's dad is leasing I think with the Clinton's I helped turn California first election for trump 7 years a hostage tortured, tricky deceivin**

 Like      Comment      Copy      Share

**Chris Ventura**
Mar 14 · 🌐                                    •••

**I'm held hostage by that family & ship 🚢 a political torture years that ship I think is owned or leased by the Clintons, & the brunette angel father 7 years now tortured hiding deities in me hurting me while looking like putting lights & good ,murderer**

 Following           Message

                         
Home      Video      Friends    Marketplace  Notifications   Menu

6:23    LTE 44

‹    **Chris Ventura**    🔍

Posts    About    Videos    Photos    Events

William McGillis
&Sarah Corsen they
threatened to murder me and
my family every day. I see those
piece of shit on judgment day
they own that military ship with
Hillary Clinton. Independent
contractors with the father

👍 Like    💬 Comment    🔗 Copy    ↗ Share

 **Chris Ventura**
Mar 14 · 🌐    · · ·

Murders Sarah Corson & Hillary
Clinton independent
contractors of the military ship
with their father Joe Pinchback,
Mr. Corson they torture &.
murder American citizens
illegally & Hillary Clinton illegall
psycho Democrats ,



✓ Following    💬 Message

🏠 Home    ▶️ Video    👥 Friends    🏪 Marketplace    🔔 Notifications (3)    ☰ Menu

6:23     LTE 44

<      Chris Ventura      🔍

Posts    **About**    Videos    Photos    Events

William McGillis &Sarah Corsen they threatened to murder me and my family every day. I see those piece of shit on judgment day they own that military ship with Hillary Clinton. Independent contractors with the father

👍 Like    💬 Comment    🔗 Copy    ↪ Share

**Chris Ventura**
Mar 14 · 🌐      •••

Murders Sarah Corson & Hillary Clinton independent contractors of the military ship with their father Joe Pinchback, Mr. Corson they torture &. murder American citizens illegally & Hillary Clinton illegall psycho Democrats ,

✅ Following      💬 Message

🏠 Home    ▶️ Video    👥 Friends    🏪 Marketplace    🔔 Notifications (3)    ☰ Menu

6:23    .i↑ LTE 44·

<      Chris Ventura      🔍

Posts    About    Videos    Photos    Events

**William McGillis &Sarah Corsen they threatened to murder me and my family every day. I see those piece of shit on judgment day they own that military ship with Hillary Clinton. Independent contractors with the father**

 Like     Comment     Copy     Share

**Chris Ventura**
Mar 14 · 🌐

**Murders Sarah Corson & Hillary Clinton independent contractors of the military ship with their father Joe Pinchback, Mr. Corson they torture &. murder American citizens illegally & Hillary Clinton illegall psycho Democrats ,**

 Following       Message


Home


Video


Friends


Marketplace


Notifications


Menu

6:21    ••ll LTE 44

<       **Chris Ventura**       🔍

Posts   About   Videos   Photos   Events



that family out of my body & is 1 of the invisible ones from 🚀 ◎ I hiding in my 3 years blocking how I'm being hurt, & the ship might put someone in my body hiding hurting me, I need the window 🚪 port out my head,



🐾 1

👍 Like    💬 Comment    🔗 Copy    ↪ Share

**Chris Ventura**
Mar 1 · 🌐       •••



They are bringing my bedroom up again acting like they are using me, or building me up, not, they hurt me if I roll over trying to get close to my wife jacking my back

📲 Following      💬 Message

🏠 Home   📹 Video   👥 Friends   🏪 Marketplace   🔔 Notifications   ☰ Menu

6:21     ⏸ LTE 44

<     **Chris Ventura**     🔍

Posts    **About**    **Videos**    **Photos**    **Events**

**that family out of my body & is 1 of the invisible ones from 🛸 🪐 I hiding in my 3 years blocking how I'm being hurt, & the ship might put someone in my body hiding hurting me, I need the window 🚪 port out my head,**

🦾 1

👍 Like    💬 Comment    🔗 Copy    ↪ Share

**Chris Ventura**
Mar 1 · 🌐



**They are bringing my bedroom up again acting like they are using me, or building me up, not, they hurt me if I roll over trying to get close to my wife jacking my back**

✅ Following      💬 Message

🏠 Home    ▶️ Video    👥 Friends    🏪 Marketplace    🔔 Notifications (3)    ☰ Menu

6:21       .ıll LTE 44

<     **Chris Ventura**     🔍

Posts    **About**    Videos    Photos    Events



that family out of my body & is 1 of the invisible ones from 🔲 ◎ I hiding in my 3 years blocking how I'm being hurt, & the ship might put someone in my body hiding hurting me, I need the window 🚪 port out my head,

🐾 1

👍 Like    💬 Comment    🔗 Copy    ➤ Share

**Chris Ventura**     ⋯
Mar 1 · 🌐





They are bringing my bedroom up again acting like they are using me, or building me up, not, they hurt me if I roll over trying to get close to my wife jacking my back

📶 Following     💬 Message

🏠 Home    ▶️ Video    👥 Friends    🏪 Marketplace    🔔 Notifications ③    ☰ Menu

6:22    LTE 44

### Chris Ventura

Posts    About    Videos    Photos    Events

like a weirdo they've abused me so bad like like I don't even care about God or Jesus I know the Bible better than any of them. They're a pie, but they're not honoring God's covenant son's blood or God's word,murder

🌐 1

👍 Like        💬 Comment        🔗 Copy        ↪ Share

**Chris Ventura**
Mar 1 · 🌐

That ship keeps turning my phone on they got my phone. They got my body. They got a window report in my head. I love Jesus and so does my wife, but they're not allowing us to live for Jesus they just keep messing with us. They want me dead.

✅ Following        💬 Message

🏠 Home    ▶ Video    👥 Friends    🏪 Marketplace    🔔 Notifications ③    ☰ Menu

6:22    .ıll LTE 44

← **Chris Ventura**    🔍

Posts    About    Videos    Photos    Events

like a weirdo they've abused me so bad like like I don't even care about God or Jesus I know the Bible better than any of them. They're a pie, but they're not honoring God's covenant son's blood or God's word,murder

🐾 1

 Like     Comment     Copy     Share

Chris Ventura
Mar 1 · 🌐

That ship keeps turning my phone on they got my phone. They got my body. They got a window report in my head. I love Jesus and so does my wife, but they're not allowing us to live for Jesus they just keep messing with us. They want me dead.

 Following     Message


Home     Video     Friends     Marketplace     Notifications    Menu

6:22    LTE 44

‹ **Chris Ventura**    🔍

Posts    **About**    Videos    Photos    Events



**bottom of my stomach when they Shanghai me seven years ago this is ridiculous. I wasn't smoking drinking taking any pills drugs for three years. This has been going on seven years. They need to get out of me**

👾 1

👍 Like    💬 Comment    🔗 Copy    ↪ Share

**Chris Ventura**
Mar 1 · 🌐                          ...



**They got me in a high God thing on a marry go round controlling my body hurting me, Jesus paid ever mistake, BS they throw my mind & body off so I 🍷 smoke gipper is a invisible 1 in me from 🖼️I hiding in me 3 years controlling&others of that crew**

☑ Following         💬 Message

🏠 Home    ▶ Video    👥 Friends    🏬 Marketplace    🔔 Notifications ③    ☰ Menu

6:20 · · LTE 44

## Chris Ventura

Posts    **About**    Videos    Photos    Events

I don't need or to shear the data or intel from up in I, or military I want them all out of my head& body, just got married & might be loosing my wife, they keep stripping my system & in the sack

👤 1

👍 Like    💬 Comment    🔗 Copy    ↗ Share

**Chris Ventura**
Feb 26 · 🌐    · · ·



Now they have my head in a bubble, they are not going to use me up, 7 years now, they all need to get out now so I get the promise of Jesus Christ the comforter

✅ Following    💬 Message

🏠 Home    ▶️ Video    👥 Friends    🏪 Marketplace    🔔 Notifications (3)    ☰ Menu

6:21                                    LTE 44

< Chris Ventura                                    🔍

Posts        About        Videos        Photos        Events

This family the Corsen & 🚢 ship & crew are so high up with God in 👁️ 📰 I,we're all DIA cops 💀 CIA FBI & military some tops just want me 💀 I wouldn't take a billion dollar to go threw it again 7 years now, wasn't abusing myself when they Shanghai me

👎 1

👍 Like        💬 Comment        🔗 Copy        ➤ Share

![Chris Ventura profile] Chris Ventura
Mar 1 · 🌐                                    •••

This ain't right the 💀 cops & that military family & ship 🚢 &crew have my house so wired my 🛏️ bedroom with my wife naked they have it up hiding in I 👁️ 🎴 or atmosphere, they are trying to ruin my marriage



☑ Following              💬 Message

🏠              ▶️              👥              🏪              🔔 3              ☰
Home           Video          Friends      Marketplace   Notifications      Menu

6:21 ◐

.ıl LTE 44

<        Chris Ventura        🔍

**Posts**   **About**   **Videos**   **Photos**   **Events**

What is with that family & crew & ship they have me so I can barely walk tieing off my knees back hurting me days, attacking my throats so raw ship& son not from smoking, feeding like going to have brain 🧠 hemorrhage, I want them out 4 good

😾 1

👍 Like    💬 Comment    🔗 Copy    ↗ Share

**Chris Ventura**
Feb 27 · 🌐        •••

I need them all out of me throwing me off,hurting me& ship window 🪟 port in my head stripping my body, they are just murdering me I hope the federal charges work to stop ⚪ & get out,the tops giving commands, & lawsuit military tops suspended,

 Following     💬 Message

🏠 Home   ▶ Video   👥 Friends   🏪 Marketplace   🔔³ Notifications   ☰ Menu

6:20                                    LTE  44

< Chris Ventura                                    🔍

Posts    About    Videos    Photos    Events

👁 ✴️they had control of my mind, + my body throwing it off so I drank smoke or saying things against them for it, I need gipper out hiding in me with others & window or port out of my head

🌐 1

👍 Like        💬 Comment        🔗 Copy        ↪ Share

Chris Ventura                              •••
Feb 26 · 🌐

I don't need no magistrates hiding out in me or angles or deities,or ship 🚢 I m not trying to abuse myself they abuse me 7 years now I'm a blood bought Christian covenant, I've been a waterfall of Gods glory roaring this is BS,Jesus,get em out of me

☑ Following                    💬 Message

🏠 Home    ▶️ Video    👥 Friends    🏪 Marketplace    🔔 Notifications    ☰ Menu

8:34 AM  Wed Mar 19                                                                          5G 24%

Outbox

Q Search

Cancel  **Please stop ⚪ them before I'm dead I HAVE BEEN SAVAGELY BRUT...**        ⬆

know who McClure is. I know who Janine Devenzin in a few. I wouldn't want to get in trouble they can shoot things into my body suck everything out of my body don't that'll be good, they have my phone that ship has had my phone wired. They can tie into my voice box and sound like me. I'm not joking. My wife hears it and get me in trouble with hierarchies don't believe a thing they say I was never that bad of an abuser I've had to smoke, which I never did when they Shanghai me and drink to deal with the pain to deal with the pain for so long, they are not my friends they fake to the hierarchies,they can use my voice box saying bad this crop my face in 6 years I figured all there trix.they tied of my digestion for a year straight my wife peed out her rear for 3 months &me 6 to a year,they hide deities in me so if they run tape on me you can't tell they are hurting me, they block and cover it laying above me while looking like the are putting good in from the God origin realm 🔲 👁 👁I, know they are all democrats buddy's with Hillary Clinton go on the ship, 🛳 they made me look like a weirdo for the longest time like I like kids or a flamer gay My friend did said they had you at such a flamer that are up in the eye God origin. they have my phone and iPad. They made it disappear if I'm writing bad and over and over I'm rushing they can move things on my iPad. I lost my first one that was so good written. I'm rushing it so that I can get it out so if it sounds like I repeat myself or my spelling or anything it's because of that They have my phone on that ship an iPad didn't come out of the port and hit a button. My phone blinks when I'm trying to write something good on Facebook or something. This is the sickest thing I've ever seen in my life on the victim. Please put a stop ⚪ to them

Sent from my

Updated 4 minutes ago

8:34 AM  Wed Mar 19

Outbox

Q Search

Cancel  **Please stop ⚪ them before I'm dead I HAVE BEEN SAVAGELY BRUT...**  ⬆

me I can get you their names they might've changed them again. They see my every move. They can read your thoughts. Your thoughts go up and they can. They can speak before I even get a thought out of my head there can be five or six or seven of them packed in at my head and I heard all the voices for years. I know what each one of them sounds like someone I know who they are and some I don't I know who the father is. I know who McGillis is. I know who Janine Devenzin in a few I wouldn't want to get in trouble they can shoot things into my body suck everything out of my body don't that'll be good, they have my phone that ship has had my phone wired. They can tie into my voice box and sound like me. I'm not joking. My wife hears it and get me in trouble with hierarchies don't believe a thing they say I was never that bad of an abuser I've had to smoke, which I never did when they Shanghai me and drink to deal with the pain to deal with the pain for so long, they are not my friends they fake to the hierarchies,they can use my voice box saying bad this crop my face in 6 years I figured all there trix.they tied of my digestion for a year straight my wife peed out her rear for 3 months &me 6 to a year,they hide deities in me so if they run tape on me you can't tell they are hurting me, they block and cover it laying above me while looking like the be putting good in from the God origin realm 🟫 👁 👁 I, know they are all democrats buddy's with Hillary Clinton go on the ship, 🛥 they made me look like a weirdo for the longest time like I like kids or a flamer gay My friend said they had you at such a flamer that are up in the eye God origin. they have my phone and iPad. They made it disappear if I'm writing bad and over and over I'm rushing they can move things on my iPad. I lost my first one that was so good written. I'm rushing it so that I can get it out so if it sounds like I repeat myself or

Updated

8:34 AM  Wed Mar 19                                                    5G 24%



Cancel **Please stop**  **them before I'm dead I HAVE BEEN SAVAGELY BRUT...**

citizen under the Bill of Rights and Constitution ain't in no government. They might have me on there like I work for the government or something. I don't know how the heck this is happening. I don't need to put any of them in jail or court Marshall but I want millions of dollars and maybe some protection somewhere in the country me and my wife like the beach. I'm telling you they'll be able to find me and they could kill me so I'm not gonna try to put them in jail, but I want money whether I gotta personally assume or the government I wouldn't do it for $1 billion again, please contact me or have a military get a hold of my federal attorneys. All I want is to get money and walk away. I'll leave America. I just don't wanna die and lose my wife or be tied off down the road and Killed. I'm not really wanting to press charges, but I don't wanna die and I don't wanna be tortured another day. But some millions would sure be good. I'm 62 years old my wife 67 but very beautiful and sweet and lovely. please somebody fly in my wife they tie off at my voice box. They're so high tech and so high up in God and up in that origin and more for a military they can make it sound like it's me sometimes some of them talk through me and my wife here's a daily not sometimes Since I've known her and she knows it's another guy. She sometimes says I know that ain't she knows it she knows it so what can I do to me with the hierarchies keep getting orders if I'm saying, I hate God or anything like that they just keep hurting me. I wouldn't take all the money in the world to go through it, but please get my wife and me some money and make sure they never get in our lives again or military protection our number I can call if I feel like they show up at my house and start tying me off or something Please somebody call me. I'm not crazy. I am so on the money run their names and figure out if I'm telling the truth call

8:34 AM   Wed Mar 19

Outbox

Q Search

Cancel **Please stop ⚪ them before I'm dead I HAVE BEEN SAVAGELY BRUT...**

smoosh the people up in eye after they go up to the hierarchies my friends on Facebook
I have hundreds of them and they sauce it up I have never drank so much in my life
because they have been torturing me all these years. I can't help it. They hurt me so
bad they can get me in like the guillotine where crimps my whole body they can hurt me
in ways. We're using terrorist in foreign countries, Al-Quadin, Hamas, and terrorist.
Pleas Please contact me. I gotta get out of California. They have home still in Santa
Barbara. They have a lot of connections and Vandenberg Air Force Base, where I think
the father and & McGill he worked out a better believe it. I don't know if they have me
like as a government employee on the weekends when others come onto the ship it's
like they're looking in on me and like I don't know what what they're expecting but some
of them want me dead they have a hatred for me and I don't know how they're up in a
place like that with a hatred towards a person who loves Jesus so much and notices
Bible so well even though I might not a guy ever got up There, but I gotta get out of this
house if this port comes out I'm gonna need military protection if I were to put one of
them in jail, they'd kill me all they gotta do is send them from the ship or other ships or
they have friends on our connections that are up in that origin They can kill you in a few
minutes, but I've been crying bloody murder on Facebook and people will know I'm
putting their names out there and everything. I'm trying to save my life. But they're so
high with the government and military. Most of my friends can't stop them and they lie
and deceive. They're never bringing me up and I don't know why they're getting paid by
the military, but I know they owe the military money back if I don't die I'm an American
citizen under the Bill of Rights and Constitution ain't in no government. They might have
me on there like I work for the government or something. I don't know how the heck this

Updated

8:34 AM  Wed Mar 19                                                                                    5G 24%

Outbox

Q Search

Cancel **Please stop** ⚪ **them before I'm dead I HAVE BEEN SAVAGELY BRUT...**  ⬆

what they put me through.  but I wouldn't do it for $1 billion all the money in the world again, I hope my wife don't leave me. We've been married since August Jesus are holy spirit of God pull the cat out of the hat with her. She's the one I've been waiting for all my life. She should be a saint or an angel I can't even believe she married me. It was worse at our last apartment now we're up in Ojai, California 190 Fairway Ln. Ojai California 93023 good They lock onto my house the military on weekends and they have so much stuff where they can see me at all times they can bring my bedroom up and have it up in in there like station a bit below the God origin or realm because they have a port or something up there where they brought me up twice and kind of fix me up, but when it went bad, it went bad. I don't deserve to die or be tortured anymore. Please stop them. My phone number is 310.269-9894 my wife is beautiful the sweetest thing you've ever seen and she loves Jesus she's the most friendly loving pretty woman I've ever seen and they stripped me within seconds if I wake up on a kick stand or to make love at night or anytime they're in our bedroom they're in our bathroom And they strip everything out of my system. Even Viagra won't work testosterone shots. They can strip it in seconds, and I can't make love to my wife and they don't care. This is the sickest twisted thing I've ever seen in my entire life and it's happening to me. Sometimes if some of them aren't around or it's right, I get her, but I don't wanna lose her. This is the best one I've ever had in all my life, woman and women only. They kept telling me they were gonna bring me up. They kept telling me they're gonna get the port out of my head or bring me so many times they are not, and they smoosh the people up in eye after they go up to the hierarchies my friends on Facebook

Updated

8:33 AM  Wed Mar 19

Outbox

Q Search

Cancel **Please stop 🔘 them before I'm dead I HAVE BEEN SAVAGELY BRUT...**

thoughts before I even speak. I'm not crazy. It's the truth you call some of your spiritual commanders are very high up there in that origin of God Realm. They'll tell you it's true that's why it's so top secret and the military is higher than most of them because you're protecting America and America is a biblical thing in the book of revelation so I ain't gonna give no secrets away or anything. I've always backed America. I loved Reagan, I have got probably 2000 posts how I've been hurt for years. I only started about a year and a half or two years but when it first went bad, I was getting pounded running out of hotel rooms in the middle of the night they would pin me and hurt me so bad for the first two years. I think they had me on another ship. and they've been back around for three or four it's about that long cause I know Trump was in office when it started. i'm somebody born with the attention, span and learning disability and concentration level and I have been mentally tormented for years and physically. I'm gonna need government protection. If I wanted to put these people in jail, I read attempted murder his life in prison I saw the news a guy spilled a cup of coffee at Starbucks and got $50 million. I go I should be a trillionaire. You couldn't imagine what I have been through. I could show you my post that my friends went up to the hierarchies that are up that work for the military and our spiritual up in that God origin I realm. Some of them even the one hiding in me don't want to see me die but they get commanded because they're higher up in the military and they're higher up in that God origin realm with God because they're in a government position, my hand on the Bible, I would not go through what they put me through.  but I wouldn't do it for $1 billion all the money in the world again, I hope my wife don't leave me. We've been married since August Jesus are holy

Updated 4 minutes ago

8:33 AM  Wed Mar 19                                                                          ·ııll 5G 25%

**Outbox**

Q Search

Cancel **Please stop ⬤ them before I'm dead I HAVE BEEN SAVAGELY BRUT...**  ↑

we're going how are you skinny are you sick my wife  she knows I eat a ton so many supplements good food she knows it's all true, but they can block it through the pork some of the deities in theys can come into my head through the porter window in my head and I hear him and my whole left earplugs up And they can block anything good going up and keep it down even when I eat so I look like a abuser, so my prayers are nothing or heard, i'm not crazy, they hurt my stomach always upset for a year I start to smoke.This is for real, but I didn't sign up for this and I didn't ever go into government service or military or anything. My stepdad was a lifetime military men shell anglin but I'm a civilian I keep saying let me go. I won't tell anybody "scriptures and day after day I'm tortured, I mean, mentally and physically for the last five years, plea please put a stop to them, I have helped the wounded warriors. I've helped about every charity. You could imagine throughout my life, but I'm not rich now. I had to sell a property with 200,000 hiring attorneys, nobody could figure it out or get me help. I finally just hired some federal attorneys, but they're moving too slow,and I'm almost out of money trying to get help and fight this thing and I got married and went on honeymoon and stuff, but I'm not rich, my body is so depleted. I'm scared. I'm gonna die when that deities or angels that hides in me go hopefully,they can strengthen me like I'm strong and I know it's him, I am so weak and frail I don't know if any of my organs are gonna work my kidneys. They ties off to my stomach and I think at my heart & brain they can read my thoughts before I can say them,not crazy,because they read them your thoughts go out I found out God is showing incredible. Your thoughts go up, but they can read my thoughts before I even speak. I'm not crazy. It's the truth you call some of your spiritual

Updated

8:33 AM Wed Mar 19     ● ..Il 5G 25% ⬛

Cancel **Please stop** ⬤ **them before I'm dead I HAVE BEEN SAVAGELY BRUT...** ⬆

come out and hurt me, I pop so many in my old apartment they would somehow go sucked threw the port in my head, ten come back but they get commanded and I think pitchback gives commands McGillis & Devenzin, maybe even Hillary or bill Clinton, I have quoted him so much Bible I know the Bible so well like a Bible scholar and they don't care cause they're up in that God origin realm. My brain somehow didn't figure it out a lot of my friends are up there, but I was born with something that my brain doesn't operate like others, some of them just didn't want me up there that hate me,I've got brought up twice, but some of them just didn't like me and hated me and so I think, DEVENZIN owes them government a million 3 &has to pay back %10 and McGillis and Pinchback, I think if im dead they don't have to pay it back. I have never drank in so much in my life that's because the last 5 years they hide in me and have had control over my whole body can take my food out stripping it sucking it out, the deities or angels hiding in me can control my mental, putting weird stuff in it. They have a port in my head or a window, and it's been there since the beginning in the beginning angels indeed were coming through it in the military was locking on it and they were running in, and hunting any part of my body,, one of them there can be five or six or seven of them at a time looking into me or shooting thing or sucking thing out my skin oils, so much more, through that window or port that's been in my head from the beginning, and they can go into my body tie off my organs strip all my fluids oils out cramp any part of my body hit my organs they can do about anything lately. They've been hitting my heart. I got so thin tying off my stomach my digestion I got so thin my wife's brother and mom we're going how are you skinny are you sick my wife  she knows I eat a ton so many

Updated ..........................................................................................

8:33 AM  Wed Mar 19                                                          5G 25%

**Outbox**

Q Search

Cancel  **Please stop ⬤ them before I'm dead I HAVE BEEN SAVAGELY BRUT...**  ⬆

they would strip all my strength, th the military was locking onto wherever I stayed in Texas and they were running things for the military in ships or somewhere they said deities and angels coming through the port in my head🚢 I finally just put two and two together why I can't get help from the inspector general of the Navy or anyone is because they might be independent contractors for the military. They come on board Friday till Sunday and get military back up after the eight months, it went bad. I was trying to make peace with somebody that was high in the military and high up with God after 30 minutes I couldn't take it anymore. I was so delirious night after now and they had me wound so tight for the first time in eight months after trying to make peace I snapped a bit on him and I've been running for my life ever since. I would be dead if it wasn't for my hundreds,of friends on Facebook & spiritual, and ones thatwork with the military go up to the hierarchies I must have 2000 texts over the last years's posts how they hurt me day and night,I'm sure I would've been dead but they talk to the hierarchies and try to get them off me, but they're in higher positions because they're with the military and I've been so close to death so many times and scream bloody murder and torture. Last night was bad. I'm scared of gonna lose my new wife the one I've been waiting for my whole life. She's praying to Jesus I keep trying to get it to stop every way. They had me shaking sweating and it ain't alcohol or drugs &I was Moaning Please stop them. I don't need to give out Intel secrets.It's a top secret ship very spiritual people sitting in their chairs are their beds and they go up to I 👁 ◼ ◼ God,orgin God realm and take on the form of angels or deities and that ship is full of them, they can send anyone to hurt me of the many of my friends are on it, but they can come out and hurt me, I pop so many in my old apartment they would somehow go

Updated 4 minutes ago

8:33 AM  Wed Mar 19                                                                       5G 25%

# Outbox

Q Search

Cancel **Please stop**  **them before I'm dead I HAVE BEEN SAVAGELY BRUT...** 

Clinton comes on the ship that the Clintons might own part of the ship and the father Joe Pinchback he was very rich. He had a factory below my mom's house when I was a kid they're all from Goleta Santa Barbara area like me I knew the CIA and Jeanne devinzen in the ninth grade. I believe they ended up moving to Texas and now they reside in Kihei, Maui, Pinchback, and McGillis or next-door neighbors, things went bad. They hurt me for a while in the beginning, accusing me of all this crazy stuff and then they realized how good I knew the Bible, and when I was up in the mountains of Blairsville Georgia, all I did was reading my Bible and jaw closer to God and watch Christian TV, but my wife wasn't happy and left up there so I went to Texas thought I'd reboot at Joel Osteen's church church. What a mistake, devenzin recognize me there that's when I Shanghai they worked with me for about eight first eight months after they beat me down bad I thought I was gonna die. They realized I knew the Bible and I started working with them for about eight months and it went bad. I was born with that learning disability and my attention span and sleepy brain is I don't have a normal brain I . I was born with it for reasons my dad. I don't even think they knew what ADD was back then, the 60's sent me to UCSB COLLEGE,didn't do anything, I couldn't read. I get lost in a paragraph. I didnt learn to read until after high in school the Bible and news paper thing that mattered.My attention span was so bad so they kept keeping me up the first eight months working with CIA special opps ,I was so delirious and keeping me weak that I couldn't even say a sentence properly I would do push-ups and situps, and they would strip all my strength, th the military was locking onto wherever I stayed in Texas and they were running things for the military in ships or somewhere they said

Updated 3 minutes ago

8:33 AM  Wed Mar 19                                                                                    .ull 5G 25% 🔋

Cancel **Please stop** ⊙ them before I'm dead I HAVE BEEN SAVAGELY BRUT...   

**Outbox** 

Q Search

or Bagly I found an alias WILLIAM MCGILLIS believe was FBI and I think he got into the NAVY HE RUNS A SHIP It might be an independent contracting ship because I've talked to you about every military leader tons of messages on the naval inspector general shoemaker at Vandenberg Air Force Base, I believe he tried, but no one seems to be able to stop them. They lie out their teeth and deceive., they accused me of stuff so far and left field. I was born with a learning disability the sleepiest head I'd never read a book until I was out of high school. I learned to read by watching a lot of news and reading my Bible after high school, I had ADT I had it all, but they never got me diagnosed. I had the sleepiest brain so I started allowing stupid dots. I was watching so much news. These guys accuse me of causing like earthquakes and stuff. I had geology and I go are you kidding me? I know all about geology's fault lines and things. I did a report on faultlines from listening to my teacher. There's one way down into South America that goes all the way around in Japan. And I got a sleepy brain I might've had some off thoughts for a little bit, chemical and balance, but I didn't do the things they accuse me of no way, I believe it's a top secret ship that does a lot of things for the military government protecting America and a terrorist and things.It might be an independent contractor. I won't give out any Intel or data, but because I haven't been able to get any help and I spent at least $60,000 in attorneys and now I have federal attorneys I gave them 18 five, but they're slow, and the naval military inspector FBI I called about every agency the department of justice I figured out they might be independent contractors, and then I start putting 2 to 2 together that Hillary Hillary Clinton comes on the ship that the Clintons might own part of the ship and the father

Updated

8:33 AM  Wed Mar 19                                                        5G 25%

# Outbox

Q Search

Cancel **Please stop** ⬤ **them before I'm dead I HAVE BEEN SAVAGELY BRUT...**    ⬆

or Bagly I found an alias WILLIAM MCGILLIS believe was FBI and I think he got into the NAVY HE RUNS A SHIP It might be an independent contracting ship because I've talked to you about every military leader tons of messages on the naval inspector general shoemaker at Vandenberg Air Force Base, I believe he tried, but no one seems to be able to stop them. They lie out their teeth and deceive., they accused me of stuff so far and left field. I was born with a learning disability the sleepiest head I'd never read a book until I was out of high school. I learned to read by watching a lot of news and reading my Bible after high school, I had ADT I had it all, but they never got me diagnosed. I had the sleepiest brain so I started allowing stupid dots. I was watching so much news. These guys accuse me of causing like earthquakes and stuff. I had geology and I go are you kidding me? I know all about geology's fault lines and things. I did a report on faultlines from listening to my teacher. There's one way down into South America that goes all the way around in Japan. And I got a sleepy brain I might've had some off thoughts for a little bit, chemical and balance, but I didn't do the things they accuse me of no way, I believe it's a top secret ship that does a lot of things for the military government protecting America and a terrorist and things.It might be an independent contractor. I won't give out any Intel or data, but because I haven't been able to get any help and I spent at least $60,000 in attorneys and now I have federal attorneys I gave them 18 five, but they're slow, and the naval military inspector FBI I called about every agency the department of justice I figured out they might be independent contractors, and then I start putting 2 to 2 together that Hillary Hillary Clinton comes on the ship that the Clintons might own part of the ship and the father

Updated



8:33 AM Wed Mar 19                                                           all 5G 25%

**Outbox**

Q Search

Cancel

**Please stop ⬤ them before I'm dead I HAVE BEEN SAVAGELY BRUTALLY TORTURED 5 OUTTHE LAST 6 YEARS please send liaison department**

To: www.whitehouse.gov

Cc/Bcc, From: jbondbigd33@icloud.com

Subject: **Please stop ⬤ them before I'm dead I HAVE BEEN SAVAGELY BRUTALLY TORTURED 5 OUTTHE LAST 6 YEARS please send liaison department**

mr. Trump or anyone that reads this please get it to him, it's all true run the names I give you and you'll see I'm telling the truth I know all the players and how and what they do.I was a big supporter of his and I hope I help turn California in his first election. I moved to the mountains of Blairsville Georgia around 2016 and was there for a few years, my name is Christopher Lee Ventura. I live in Ojai California now I used to watch all your rallies. I used to watch you and Sarah Huckabee, I always pull for you. I have been brutally savagely tortured the last five out of six years you were in office. You might remember some of these people who maybe talk to you about me and Shanghai me, Sarah Corson she has ailas Uldra Corsey Jeanne Devinzen, was a CIA AGENT her father, Mr. Corson I found ailas Joe Pinchback you might of known his wife Bernice Pinchback was a lieutenant colonel in the military naval and I believe had a FBI or something along with his next-door neighbor in  Kihei Maui on lulope lane, was bagley or Bagly I found an alias WILLIAM MCGILLIS believe was FBI and I think he got into the



use my voice box saying bad this crop my face in 6 years I figured all there trix.they tied of my digestion for a year straight my wife peed out her rear for 3 months &me 6 to a year,they hide deities in me so if they run tape on me you can't tell they are hurting me, they block and cover it laying above me while looking like the are putting good in from the God origin realm 🗳️ 👁️ 👁️ I, know they are all democrats buddy's with Hillary Clinton go on the ship, 🛶 they made me look like a weirdo for the longest time like I like kids or a flamer gay My friend said they had you at such a flamer that are up in the eye God origin.

Sent from my

8:34 AM  Wed Mar 19

Cancel **Please stop 🔘 them before I'm dead I HAVE BEEN SAVAGELY BRUT...**

**Outbox**

Q Search

know who McGillis I know who Janine Dovenzin in a few I wouldn't want to get in to trouble they can shoot things into my body suck everything out of my body don't that'll be good, they have my phone that ship has had my phone wired. They can tie into my voice box and sound like me. I'm not joking. My wife hears it and get me in trouble with hierarchies don't believe a thing they say I was never that bad of an abuser I've had to smoke, which I never did when they Shanghai me and drink to deal with the pain to deal with the pain for so long, they are not my friends they fake to the hierarchies,they can use my voice box saying bad this crop my face in 6 years I figured all there trix.they tied of my digestion for a year straight my wife peed out her rear for 3 months &me 6 to a year,they hide deities in me so if they run tape on me you can't tell they are hurting me, they block and cover it laying above me while looking like the are putting good in from the God origin realm 📓 ◉ ◉ I, know they are all democrats buddy's with Hillary Clinton go on the ship, 🛳 they made me look like a weirdo for the longest time like I like kids or a flamer gay My friend said they had you at such a flamer that are up in the eye God origin. they have my phone and iPad. They made it disappear if I'm writing bad and over and over I'm rushing they can move things on my iPad. I lost my first one that was so good written. I'm rushing it so that I can get it out so if it sounds like I repeat myself or my spelling or anything it's because of that They have my phone on that ship an iPad didn't come out of the port and hit a button. My phone blinks when I'm trying to write something good on Facebook or something. This is the sickest thing I've ever seen in my life on the victim. Please put a stop 🔘 to them

Sent from my

Updated 4 minutes ago

8:34 AM  Wed Mar 19                                                                    5G 24%

Outbox

Q Search

Cancel **Please stop** ⬤ **them before I'm dead I HAVE BEEN SAVAGELY BRUT...**  ⬆

me I can get you their names they might've changed them again. They see my every move. They can read your thoughts. Your thoughts go up and they can. They can speak before I even get a thought out of my head there can be five or six or seven of them packed in at my head and I heard all the voices for years. I know what each one of them sounds like someone I know who they are and some I don't I know who the father is. I know who McGillis is. I know who Janine Devenzin in a few I wouldn't want to get in trouble they can shoot things into my body suck everything out of my body don't that'll be good, they have my phone that ship has had my phone wired. They can tie into my voice box and sound like me. I'm not joking. My wife hears it and get me in trouble with hierarchies don't believe a thing they say I was never that bad of an abuser I've had to smoke, which I never did when they Shanghai me and drink to deal with the pain to deal with the pain for so long, they are not my friends they fake to the hierarchies,they can use my voice box saying bad this crop my face in 6 years I figured all there trix.they tied of my digestion for a year straight my wife peed out her rear for 3 months &me 6 to a year,they hide deities in me so if they run tape on me you can't tell they are hurting me, they block and cover it laying above me while looking like the are putting good in from the God origin realm  I, know they are all democrats buddy's with Hillary Clinton go on the ship, ✍ they made me look like a weirdo for the longest time like I like kids or a flamer gay My friend said they had you at such a flamer that are up in the eye God origin. they have my phone and iPad. They made it disappear if I'm writing bad and over and over I'm rushing they can move things on my iPad. I lost my first one that was so good written. I'm rushing it so that I can get it out so if it sounds like I repeat myself or

Updated 4 minutes ago

8:34 AM  Wed Mar 19

**Outbox**

Q Search

Cancel **Please stop** 🔘 **them before I'm dead I HAVE BEEN SAVAGELY BRUT...** 

citizen under the Bill of Rights and Constitution ain't in no government. They might have me on there like I work for the government or something. I don't know how the heck this is happening. I don't need to put any of them in jail or court Marshall but I want millions of dollars and maybe some protection somewhere in the country me and my wife like the beach. I'm telling you they'll be able to find me and they could kill me so I'm not gonna try to put them in jail, but I want money whether I gotta personally assume or the government I wouldn't do it for $1 billion again,please contact me or have a military get a hold of my federal attorneys. All I want is to get money and walk away. I'll leave America. I just don't wanna die and lose my wife or be tied off down the road and Killed. I'm not really wanting to press charges, but I don't wanna die and I don't wanna be tortured another day. But some millions would sure be good. I'm 62 years old my wife 67 but very beautiful and sweet and lovely. please somebody fly me in my wife they tie off at my voice box. They're so high tech and so high up in God and up in that origin and more for a military they can make it sound like it's me sometimes some of them talk through me and my wife here's a daily not sometimes Since I've known her and she knows it's another guy. She sometimes says I know that ain't she knows it she knows it so what can I do to me with the hierarchies keep getting orders if I'm saying, I hate God or anything like that they just keep hurting me. I wouldn't take all the money in the world to go through it, but please get my wife and me some money and make sure they never get in our lives again or military protection our number I can call if I feel like they show up at my house and start tying me off or something Please somebody call me. I'm not crazy. I am so on the money run their names and figure out if I'm telling the truth call

8:34 AM  Wed Mar 19

Cancel **Please stop** them before I'm dead I HAVE BEEN SAVAGELY BRUT...

smoosh the people up in eye after they go up to the hierarchies my friends on Facebook I have hundreds of them and they sauce it up I have never drank so much in my life because they have been torturing me all these years. I can't help it. They hurt me so bad they can get me in like the guillotine where crimps my whole body they can hurt me in ways. We're using terrorist in foreign countries, Al-Quadin, Hamas, and terrorist. Pleas Please contact me. I gotta get out of California. They have home still in Santa Barbara. They have a lot of connections and Vandenberg Air Force Base, where I think the father and & McGill he worked out a better believe it. I don't know if they have me like as a government employee on the weekends when others come onto the ship it's like they're looking in on me and like I don't know what what they're expecting but some of them want me dead they have a hatred for me and I don't know how they're up in a place like that with a hatred towards a person who loves Jesus so much and notices Bible so well even though I might not a guy ever got up There, but I gotta get out of this house if this port comes out I'm gonna need military protection if I were to put one of them in jail, they'd kill me all they gotta do is send them from the ship or other ships or they have friends on our connections that are up in that origin They can kill you in a few minutes, but I've been crying bloody murder on Facebook and people will know I'm putting their names out there and everything. I'm trying to save my life. But they're so high with the government and military. Most of my friends can't stop them and they lie and deceive. They're never bringing me up and I don't know why they're getting paid by the military, but I know they owe the military money back if I don't die I'm an American citizen under the Bill of Rights and Constitution ain't in no government. They might have me on there like I work for the government or something. I don't know how the heck this

Updated

8:34 AM  Wed Mar 19

Outbox

Search

Cancel **Please stop**  them before I'm dead I HAVE BEEN SAVAGELY BRUT...

what they put me through.  but I wouldn't do it for $1 billion all the money in the world again, I hope my wife don't leave me. We've been married since August Jesus are holy spirit of God pull the cat out of the hat with her. She's the one I've been waiting for all my life. She should be a saint or an angel I can't even believe she married me. It was worse at our last apartment now we're up in Ojai, California 190 Fairway Ln. Ojai California 93023 good They lock onto my house the military on weekends and they have so much stuff where they can see me at all times they can bring my bedroom up and have it up in in there like station a bit below the God origin or realm because they have a port or something up there where they brought me up twice and kind of fix me up, but when it went bad, it went bad. I don't deserve to die or be tortured anymore. Please stop them. My phone number is 310.269-9894 my wife is beautiful the sweetest thing you've ever seen and she loves Jesus she's the most friendly loving pretty woman I've ever seen and they stripped me within seconds if I wake up on a kick stand or to make love at night or anytime they're in our bedroom they're in our bathroom And they strip everything out of my system. Even Viagra won't work testosterone shots. They can strip it in seconds, and I can't make love to my wife and they don't care. This is the sickest twisted thing I've ever seen in my entire life and it's happening to me. Sometimes if some of them aren't around or it's right, I get her, but I don't wanna lose her. This is the best one I've ever had in all my life, woman and women only. They kept telling me they were gonna bring me up. They kept telling me they're gonna get the port out of my head or bring me so many times they are not,and they smoosh the people up in eye after they go up to the hierarchies my friends on Facebook

Updated 4 minutes ago

8:33 AM  Wed Mar 19                                                                                     5G 24%

Outbox

Search

Cancel **Please stop ⚪ them before I'm dead I HAVE BEEN SAVAGELY BRUT...**

thoughts before I even speak. I'm not crazy. It's the truth you call some of your spiritual commanders are very high up there in that origin of God Realm. They'll tell you it's true that's why it's so top secret and the military is higher than most of them because you're protecting America and America is a biblical thing in the book of revelation so I ain't gonna give no secrets away or anything. I've always backed America. I loved Reagan, I have got probably 2000 posts how I've been hurt for years. I only started about a year and a half or two years but when it first went bad, I was getting pounded running out of hotel rooms in the middle of the night they would pin me and hurt me so bad for the first two years. I think they had me on another ship. and they've been back around for three or four it's about that long cause I know Trump was in office when it started. i'm somebody born with the attention, span and learning disability and concentration level and I have been mentally tormented for years and physically. I'm gonna need government protection. If I wanted to put these people in jail, I read attempted murder his life in prison I saw the news a guy spilled a cup of coffee at Starbucks and got $50 million. I go I should be a trillionaire. You couldn't imagine what I have been through. I could show you my post that my friends went up to the hierarchies that are up that work for the military and our spiritual up in that God origin I realm. Some of them even the one hiding in me don't want to see me die but they get commanded because they're higher up in the military and they're higher up in that God origin realm with God because they're in a government position, my hand on the Bible, I would not go through what they put me through.  but I wouldn't do it for $1 billion all the money in the world again, I hope my wife don't leave me. We've been married since August Jesus are holy

Updated 4 minutes ago

8:33 AM  Wed Mar 19                                                         5G 25%

**Outbox**

Q Search

Cancel  **Please stop** ⬤ them before I'm dead I HAVE BEEN SAVAGELY BRUT...  ⬆

we're going how are you skinny are you sick my wife  she knows I eat a ton so many supplements good food she knows it's all true, but they can block it through the pork some of the deities in theys can come into my head through the porter window in my head and I hear him and my whole left earplugs up And they can block anything good going up and keep it down even when I eat so I look like a abuser, so my prayers are nothing or heard, i'm not crazy, they hurt my stomach always upset for a year I start to smoke.This is for real, but I didn't sign up for this and I didn't ever go into government service or military or anything. My stepdad was a lifetime military men shell anglin but I'm a civilian I keep saying let me go. I won't tell anybody "scriptures and day after day I'm tortured, I mean, mentally and physically for the last five years, plea please put a stop to them, I have helped the wounded warriors. I've helped about every charity. You could imagine throughout my life, but I'm not rich now. I had to sell a property with 200,000 hiring attorneys, nobody could figure it out or get me help. I finally just hired some federal attorneys, but they're moving too slow,and I'm almost out of money trying to get help and fight this thing and I got married and went on honeymoon and stuff, but I'm not rich, my body is so depleted. I'm scared. I'm gonna die when that deities or angels that hides in me go hopefully,they can strengthen me like I'm strong and I know it's him, I am so weak and frail I don't know if any of my organs are gonna work my kidneys. They ties off to my stomach and I think at my heart & brain they can read my thoughts before I can say them,not crazy,because they read them your thoughts go out I found out God is showing incredible. Your thoughts go up, but they can read my thoughts before I even speak. I'm not crazy. It's the truth you call some of your spiritual

Updated 4 minutes ago

8:33 AM  Wed Mar 19                                                               5G 25%

**Outbox**

Q Search

Cancel  **Please stop**  **them before I'm dead I HAVE BEEN SAVAGELY BRUT...** 

come out and hurt me, I pop so many in my old apartment they would somehow go sucked threw the port in my head, ten come back but they get commanded and I think pitchback gives commands McGillis & Devenzin, maybe even Hillary or bill Clinton, I have quoted him so much Bible I know the Bible so well like a Bible scholar and they don't care cause they're up in that God origin realm. My brain somehow didn't figure it out a lot of my friends are up there, but I was born with something that my brain doesn't operate like others, some of them just didn't want me up there that hate me,I've got brought up twice, but some of them just didn't like me and hated me and so I think, DEVENZIN owes them government a million 3 &has to pay back %10 and McGillis and Pinchback, I think if im dead they don't have to pay it back. I have never drank in so much in my life that's because the last 5 years they hide in me and have had control over my whole body can take my food out stripping it sucking it out, the deities or angels hiding in me can control my mental, putting weird stuff in it. They have a port in my head or a window, and it's been there since the beginning in the beginning angels indeed were coming through it in the military was locking on it and they were running it, and hunting any part of my body,, one of them there can be five or six or seven of them at a time looking into me or shooting thing or sucking thing out my skin oils, so much more, through that window or port that's been in my head from the beginning, and they can go into my body tie off my organs strip all my fluids oils out cramp any part of my body hit my organs they can do about anything lately. They've been hitting my heart. I got so thin tying off my stomach my digestion I got so thin my wife's brother and mom we're going how are you skinny are you sick my wife  she knows I eat a ton so many

Updated                                                                      

8:33 AM   Wed Mar 19                                                                         ..Il 5G 25%

Cancel **Please stop** ⚪ **them before I'm dead I HAVE BEEN SAVAGELY BRUT...**    

they would strip all my strength, th the military was looking onto wherever I stayed in Texas and they were running things for the military in ships or somewhere they said deities and angels coming through the port in my head 🛌 I finally just put two and two together why I can't get help from the inspector general of the Navy or anyone is because they might be independent contractors for the military. They come on board Friday till Sunday and get military back up after the eight months, it went bad. I was trying to make peace with somebody that was high in the military and high up with God after 30 minutes I couldn't take it anymore. I was so delirious night after now and they had me wound so tight for the first time in eight months after trying to make peace I snapped a bit on him and I've been running for my life ever since. I would be dead if it wasn't for my hundreds,of friends on Facebook & spiritual, and ones thatwork with the military go up to the hierarchies I must have 2000 texts over the last years's posts how they hurt me day and night,I'm sure I would've been dead but they go talk to the hierarchies and try to get them off me, but they're in higher positions because they're with the military and I've been so close to death so many times and scream bloody murder and torture. Last night was bad. I'm scared of gonna lose my new wife the one I've been waiting for my whole life. She's praying to Jesus I keep trying to get it to stop every way. They had me shaking sweating and it ain't alcohol or drugs &I was Moaning Please stop them. I don't need to give out Intel secrets.It's a top secret ship very spiritual people sitting in their chairs are their beds and they go up to I 👁 🖼 🖼 God,orgin God realm and take on the form of angels or deities and that ship is full of them, they can send anyone to hurt me of the many of my friends are on it, but they can come out and hurt me, I pop so many in my old apartment they would somehow go

Updated 4 minutes ago

8:33 AM   Wed Mar 19                                                                                          5G 25%

Outbox

Q Search

Cancel **Please stop ⬤ them before I'm dead I HAVE BEEN SAVAGELY BRUT...** ⬆

Clinton comes on the ship that the Clintons might own part of the ship and the father Joe Pinchback he was very rich. He had a factory below my mom's house when I was a kid they're all from Goleta Santa Barbara area like me I knew the CIA and Jeanne devinzen in the ninth grade. I believe they ended up moving to Texas and now they reside in Kihei, Maui, Pinchback, and McGillis or next-door neighbors, things went bad. They hurt me for a while in the beginning, accusing me of all this crazy stuff and then they realized how good I knew the Bible, and when I was up in the mountains of Blairsville Georgia, all I did was reading my Bible and jaw closer to God and watch Christian TV, but my wife wasn't happy and left up there so I went to Texas thought I'd reboot at Joel Osteen's church church. What a mistake, devenzin recognize me there that's when I Shanghai they worked with me for about eight first eight months after they beat me down bad I thought I was gonna die. They realized I knew the Bible and I started working with them for about eight months and it went bad. I was born with that learning disability and my attention span and sleepy brain is I don't have a normal brain I . I was born with it for reasons my dad. I don't even think they knew what ADD was back then, the 60's sent me to UCSB COLLEGE,didn't do anything, I couldn't read. I get lost in a paragraph. I didnt learn to read until after high in school the Bible and news paper thing that mattered.My attention span was so bad so they kept keeping me up the first eight months working with CIA special opps ,I was so delirious and keeping me weak that I couldn't even say a sentence properly I would do push-ups and situps, and they would strip all my strength, th the military was locking onto wherever I stayed in Texas and they were running things for the military in ships or somewhere they said

Updated

8:33 AM  Wed Mar 19                                                               5G 25%

Outbox

Q Search

Cancel  **Please stop** ⬤ them before I'm dead I HAVE BEEN SAVAGELY BRUT...  ⬆

or Bagly I found an alias WILLIAM MCGILLIS believe was FBI and I think he got into the NAVY HE RUNS A SHIP It might be an independent contracting ship because I've talked to you about every military leader tons of messages on the naval inspector general shoemaker at Vandenberg Air Force Base, I believe he tried, but no one seems to be able to stop them. They lie out their teeth and deceive., they accused me of stuff so far and left field. I was born with a learning disability the sleepiest head I'd never read a book until I was out of high school. I learned to read by watching a lot of news and reading my Bible after high school, I had ADT I had it all, but they never got me diagnosed. I had the sleepiest brain so I started allowing stupid dots. I was watching so much news. These guys accuse me of causing like earthquakes and stuff. I had geology and I go are you kidding me? I know all about geology's fault lines and things. I did a report on faultlines from listening to my teacher. There's one way down into South America that goes all the way around in Japan. And I got a sleepy brain I might've had some off thoughts for a little bit, chemical and balance, but I didn't do the things they accuse me of no way, I believe it's a top secret ship that does a lot of things for the military government protecting America and a terrorist and things.It might be an independent contractor. I won't give out any Intel or data, but because I haven't been able to get any help and I spent at least $60,000 in attorneys and now I have federal attorneys I gave them 18 five, but they're slow, and the naval military inspector FBI I called about every agency the department of justice I figured out they might be independent contractors, and then I start putting 2 to 2 together that Hillary Hillary Clinton comes on the ship that the Clintons might own part of the ship and the father

Updated

8:33 AM  Wed Mar 19                                                               5G 25%

**Outbox**

Q Search

••• 

Cancel

**Please stop ⬤ them before I'm dead I HAVE BEEN SAVAGELY BRUTALLY TORTURED 5 OUTTHE LAST 6 YEARS please send liaison department**                    ↑

To: www.whitehouse.gov

Cc/Bcc, From: jbondbigd33@icloud.com

Subject: **Please stop ⬤ them before I'm dead I HAVE BEEN SAVAGELY BRUTALLY TORTURED 5 OUTTHE LAST 6 YEARS please send liaison department**

mr. Trump or anyone that reads this please get it to him, it's all true run the names I give you and you'll see I'm telling the truth I know all the players and how and what they do.I was a big supporter of his and I hope I help turn California in his first election. I moved to the mountains of Blairsville Georgia around 2016 and was there for a few years, my name is Christopher Lee Ventura. I live in Ojai California now I used to watch all your rallies. I used to watch you and Sarah Huckabee, I always pull for you. I have been brutally savagely tortured the last five out of six years you were in office. You might remember some of these people who maybe talk to you about me and Shanghai me, Sarah Corson she has ailas Uldra Corsey Jeanne Devinzen, was a CIA AGENT her father, Mr. Corson I found ailas Joe Pinchback you might of known his wife Bernice Pinchback was a lieutenant colonel in the military naval and I believe had a FBI or something along with his next-door neighbor in  Kihei Maui on Iulope lane, was bagley or Bagly I found an alias WILLIAM MCGILLIS believe was FBI and I think he got into the

Updated Just Now



8:30 AM Wed Mar 19 5G 26%

Outbox

Search

Cancel **Please stop 🛑 them before I'm dead I HAVE BEEN SAVAGELY BRUT...**

use my voice box saying bad this crop my face in 6 years I figured all there trix.they tied of my digestion for a year straight my wife peed out her rear for 3 months &me 6 to a year,they hide deities in me so if they run tape on me you can't tell they are hurting me, they block and cover it laying above me while looking like the are putting good in from the God origin realm 🌌 👁 👁 I, know they are all democrats buddy's with Hillary Clinton go on the ship, 🚢 they made me look like a weirdo for the longest time like I like kids or a flamer gay My friend said they had you at such a flamer that are up in the eye God origin.

Sent from my

N

Hmm... Is there something else I can help with?

Updated Just Now

8:33 AM  Wed Mar 19



**Outbox**

Q Search

N

≡ Updated

Cancel

**Please stop 🫩 them before I'm dead I HAVE BEEN SAVAGELY BRUTALLY TORTURED 5 OUTTHE LAST 6 YEARS please send liaison department** 

To: www.whitehouse.gov

Cc/Bcc, From: jbondbigd33@icloud.com

Subject: Please stop 🫩 them before I'm dead I HAVE BEEN SAVAGELY BRUTALLY TORTURED 5 OUTTHE LAST 6 YEARS please send liaison department

mr. Trump or anyone that reads this please get it to him, it's all true run the names I give you and you'll see I'm telling the truth I know all the players and how and what they do.I was a big supporter of his and I hope I help turn California in his first election. I moved to the mountains of Blairsville Georgia around 2016 and was there for a few years, my name is Christopher Lee Ventura. I live in Ojai California now I used to watch all your rallies. I used to watch you and Sarah Huckabee, I always pull for you. I have been brutally savagely tortured the last five out of six years you were in office. You might remember some of these people who maybe talk to you about me and Shanghai me, Sarah Corson she has ailas Uldra Corsey Jeanne Devinzen, was a CIA AGENT her father, Mr. Corson I found ailas Joe Pinchback you might of known his wife Bernice Pinchback was a lieutenant colonel in the military naval and I believe had a FBI or something along with his next-door neighbor in  Kihei Maui on lulope lane, was bagley or Bagly J found an alias WILLIAM MCGILLIS believe was FBI and I think he got into the

8:33 AM  Wed Mar 19

Outbox

Q Search

Cancel  **Please stop 🛑 them before I'm dead I HAVE BEEN SAVAGELY BRUT...**  ⬆

or Bagly I found an alias WILLIAM MCGILLIS believe was FBI and I think he got into the NAVY HE RUNS A SHIP It might be an independent contracting ship because I've talked to you about every military leader tons of messages on the naval inspector general shoemaker at Vandenberg Air Force Base, I believe he tried, but no one seems to be able to stop them. They lie out their teeth and deceive., they accused me of stuff so far and left field. I was born with a learning disability the sleepiest head I'd never read a book until I was out of high school. I learned to read by watching a lot of news and reading my Bible after high school, I had ADT I had it all, but they never got me diagnosed. I had the sleepiest brain so I started allowing stupid dots. I was watching so much news. These guys accuse me of causing like earthquakes and stuff. I had geology and I go are you kidding me? I know all about geology's fault lines and things. I did a report on faultlines from listening to my teacher. There's one way down into South America that goes all the way around in Japan. And I got a sleepy brain I might've had some off thoughts for a little bit, chemical and balance, but I didn't do the things they accuse me of no way, I believe it's a top secret ship that does a lot of things for the military government protecting America and a terrorist and things.It might be an independent contractor. I won't give out any Intel or data, but because I haven't been able to get any help and I spent at least $60,000 in attorneys and now I have federal attorneys I gave them 18 five, but they're slow, and the naval military inspector FBI I called about every agency the department of justice I figured out they might be independent contractors, and then I start putting 2 to 2 together that Hillary Hillary Clinton comes on the ship that the Clintons might own part of the ship and the father

Updated

8:33 AM  Wed Mar 19                                              5G 25%

**Outbox**

Q Search

Cancel  **Please stop  them before I'm dead I HAVE BEEN SAVAGELY BRUT...**

Clinton comes on the ship that the Clintons might own part of the ship and the father Joe Pinchback he was very rich. He had a factory below my mom's house when I was a kid they're all from Goleta Santa Barbara area like me I knew the CIA and Jeanne devinzen in the ninth grade. I believe they ended up moving to Texas and now they reside in Kihei, Maui, Pinchback, and McGillis or next-door neighbors, things went bad. They hurt me for a while in the beginning, accusing me of all this crazy stuff and then they realized how good I knew the Bible, and when I was up in the mountains of Blairsville Georgia, all I did was reading my Bible and jaw closer to God and watch Christian TV, but my wife wasn't happy and left up there so I went to Texas thought I'd reboot at Joel Osteen's church church. What a mistake, devenzin recognize me there that's when I Shanghai they worked with me for about eight first eight months after they beat me down bad I thought I was gonna die. They realized I knew the Bible and I started working with them for about eight months and it went bad. I was born with that learning disability and my attention span and sleepy brain is I don't have a normal brain I . I was born with it for reasons my dad. I don't even think they knew what ADD was back then, the 60's sent me to UCSB COLLEGE,didn't do anything, I couldn't read. I get lost in a paragraph. I didnt learn to read until after high in school the Bible and news paper thing that mattered.My attention span was so bad so they kept keeping me up the first eight months working with CIA special opps ,I was so delirious and keeping me weak that I couldn't even say a sentence properly I would do push-ups and situps, and they would strip all my strength, th the military was locking onto wherever I stayed in Texas and they were running things for the military in ships or somewhere they said


Updated



8:33 AM  Wed Mar 19




**Outbox**

Q Search

Cancel  **Please stop 😷 them before I'm dead I HAVE BEEN SAVAGELY BRUT...**  ⬆

they would strip all my strength, th the military was locking onto wherever I stayed in Texas and they were running things for the military in ships or somewhere they said deities and angels coming through the port in my head 🛌 I finally just put two and two together why I can't get help from the inspector general of the Navy or anyone is because they might be independent contractors for the military. They come on board Friday till Sunday and get military back up after the eight months, it went bad. I was trying to make peace with somebody that was high in the military and high up with God after 30 minutes I couldn't take it anymore. I was so delirious night after now and they had me wound so tight for the first time in eight months after trying to make peace I snapped a bit on him and I've been running for my life ever since. I would be dead if it wasn't for my hundreds,of friends on Facebook & spiritual, and ones thatwork with the military go up to the hierarchies I must have 2000 texts over the last years's posts how they hurt me day and night,I'm sure I would've been dead but they go talk to the hierarchies and try to get them off me, but they're in higher positions because they're with the military and I've been so close to death so many times and scream bloody murder and torture. Last night was bad. I'm scared of gonna lose my new wife the one I've been waiting for my whole life. She's praying to Jesus I keep trying to get it to stop every way. They had me shaking sweating and it ain't alcohol or drugs &I was Moaning Please stop them. I don't need to give out Intel secrets.It's a top secret ship very spiritual people sitting in their chairs are their beds and they go up to I 👁 ■ ■ God,orgin God realm and take on the form of angels or deities and that ship is full of them, they can send anyone to hurt me of the many of my friends are on it, but they can come out and hurt me, I pop so many in my old apartment they would somehow go

Updated a minute ago

8:33 AM  Wed Mar 19                                                                                                       ● .atl 5G 25% ▊

**Outbox**

Q Search

Cancel  **Please stop**  **them before I'm dead I HAVE BEEN SAVAGELY BRUT...**    ↑

come out and hurt me, I pop so many in my old apartment they would somehow go sucked threw the port in my head, ten come back but they get commanded and I think pitchback gives commands McGillis & Devenzin, maybe even Hillary or bill Clinton, I have quoted him so much Bible I know the Bible so well like a Bible scholar and they don't care cause they're up in that God origin realm. My brain somehow didn't figure it out a lot of my friends are up there, but I was born with something that my brain doesn't operate like others, some of them just didn't want me up there that hate me,I've got brought up twice, but some of them just didn't like me and hated me and so I think, DEVENZIN owes them government a million 3 &has to pay back %10 and McGillis and Pinchback, I think if im dead they don't have to pay it back. I have never drank in so much in my life that's because the last 5 years they hide in me and have had control over my whole body can take my food out stripping it sucking it out, the deities or angels hiding in me can control my mental, putting weird stuff in it. They have a port in my head or a window, and it's been there since the beginning in the beginning angels indeed were coming through it in the military was locking on it and they were running it, and hunting any part of my body,, one of them there can be five or six or seven of them at a time looking into me or shooting thing or sucking thing out my skin oils, so much more, through that window or port that's been in my head from the beginning, and they can go into my body tie off my organs strip all my fluids oils out cramp any part of my body hit my organs they can do about anything lately. They've been hitting my heart. I got so thin tying off my stomach my digestion I got so thin my wife's brother and mom we're going how are you skinny are you sick my wife  she knows I eat a ton so many



Updated

8:33 AM  Wed Mar 19

Outbox

Q Search

Cancel  **Please stop  them before I'm dead I HAVE BEEN SAVAGELY BRUT...**

we're going how are you skinny are you sick my wife  she knows I eat a ton so many supplements good food she knows it's all true, but they can block it through the pork some of the deities in theys can come into my head through the porter window in my head and I hear him and my whole left earplugs up And they can block anything good going up and keep it down even when I eat so I look like a abuser, so my prayers are nothing or heard, i'm not crazy, they hurt my stomach always upset for a year I start to smoke.This is for real, but I didn't sign up for this and I didn't ever go into government service or military or anything. My stepdad was a lifetime military men shell anglin but I'm a civilian I keep saying let me go. I won't tell anybody "scriptures and day after day I'm tortured, I mean, mentally and physically for the last five years, plea please put a stop to them, I have helped the wounded warriors. I've helped about every charity. You could imagine throughout my life, but I'm not rich now. I had to sell a property with 200,000 hiring attorneys, nobody could figure it out or get me help. I finally just hired some federal attorneys, but they're moving too slow,and I'm almost out of money trying to get help and fight this thing and I got married and went on honeymoon and stuff, but I'm not rich, my body is so depleted. I'm scared. I'm gonna die when that deities or angels that hides in me go hopefully,they can strengthen me like I'm strong and I know it's him, I am so weak and frail I don't know if any of my organs are gonna work my kidneys. They ties off to my stomach and I think at my heart & brain they can read my thoughts before I can say them,not crazy,because they read them your thoughts go out I found out God is showing incredible. Your thoughts go up, but they can read my thoughts before I even speak. I'm not crazy. It's the truth you call some of your spiritual

8:33 AM Wed Mar 19

Outbox

Search

Cancel **Please stop 🤮 them before I'm dead I HAVE BEEN SAVAGELY BRUT...**

...found out God is showing incredible. Your thoughts go up, but they can read my thoughts before I even speak. I'm not crazy. It's the truth you call some of your spiritual commanders are very high up there in that origin of God Realm. They'll tell you it's true that's why it's so top secret and the military is higher than most of them because you're protecting America and America is a biblical thing in the book of revelation so I ain't gonna give no secrets away or anything. I've always backed America. I loved Reagan, I have got probably 2000 posts how I've been hurt for years. I only started about a year and a half or two years but when it first went bad, I was getting pounded running out of hotel rooms in the middle of the night they would pin me and hurt me so bad for the first two years. I think they had me on another ship. and they've been back around for three or four it's about that long cause I know Trump was in office when it started. i'm somebody born with the attention, span and learning disability and concentration level and I have been mentally tormented for years and physically. I'm gonna need government protection. If I wanted to put these people in jail, I read attempted murder his life in prison I saw the news a guy spilled a cup of coffee at Starbucks and got $50 million. I go I should be a trillionaire. You couldn't imagine what I have been through. I could show you my post that my friends went up to the hierarchies that are up that work for the military and our spiritual up in that God origin I realm. Some of them even the one hiding in me don't want to see me die but they get commanded because they're higher up in the military and they're higher up in that God origin realm with God because they're in a government position, my hand on the Bible, I would not go through what they put me through. but I wouldn't do it for $1 billion all the money in the world again, I hope my wife don't leave me. We've been married since August Jesus are holy

Updated 4 minutes ago

8:34 AM  Wed Mar 19                                                                                        .ıll 5G 24%

Outbox

Cancel  **Please stop  them before I'm dead I HAVE BEEN SAVAGELY BRUT...**    ⬆

what they put me through.  but I wouldn't do it for $1 billion all the money in the world again, I hope my wife don't leave me. We've been married since August Jesus are holy spirit of God pull the cat out of the hat with her. She's the one I've been waiting for all my life. She should be a saint or an angel I can't even believe she married me. It was worse at our last apartment now we're up in Ojai, California 190 Fairway Ln. Ojai California 93023 good They lock onto my house the military on weekends and they have so much stuff where they can see me at all times they can bring my bedroom up and have it up in in there like station a bit below the God origin or realm because they have a port or something up there where they brought me up twice and kind of fix me up, but when it went bad, it went bad. I don't deserve to die or be tortured anymore. Please stop them. My phone number is 310.269-9894 my wife is beautiful the sweetest thing you've ever seen and she loves Jesus she's the most friendly loving pretty woman I've ever seen and they stripped me within seconds if I wake up on a kick stand or to make love at night or anytime they're in our bedroom they're in our bathroom And they strip everything out of my system. Even Viagra won't work testosterone shots. They can strip it in seconds, and I can't make love to my wife and they don't care. This is the sickest twisted thing I've ever seen in my entire life and it's happening to me. Sometimes if some of them aren't around or it's right, I get her, but I don't wanna lose her. This is the best one I've ever had in all my life, woman and women only. They kept telling me they were gonna bring me up. They kept telling me they're gonna get the port out of my head or bring me so many times they are not,and they smoosh the people up in eye after they go up to the hierarchies my friends on Facebook

8:34 AM  Wed Mar 19                                                                                         5G 24%



**Outbox**

Q Search

Cancel  **Please stop 🫢 them before I'm dead I HAVE BEEN SAVAGELY BRUT...**  ⬆

smoosh the people up in eye after they go up to the hierarchies my friends on Facebook I have hundreds of them and they sauce it up I have never drank so much in my life because they have been torturing me all these years. I can't help it. They hurt me so bad they can get me in like the guillotine where crimps my whole body they can hurt me in ways. We're using terrorist in foreign countries, Al-Quadin, Hamas, and terrorist. Pleas Please contact me. I gotta get out of California. They have home still in Santa Barbara. They have a lot of connections and Vandenberg Air Force Base, where I think the father and & McGill he worked out a better believe it. I don't know if they have me like as a government employee on the weekends when others come onto the ship it's like they're looking in on me and like I don't know what what they're expecting but some of them want me dead they have a hatred for me and I don't know how they're up in a place like that with a hatred towards a person who loves Jesus so much and notices Bible so well even though I might not a guy ever got up There, but I gotta get out of this house if this port comes out I'm gonna need military protection if I were to put one of them in jail, they'd kill me all they gotta do is send them from the ship or other ships or they have friends on our connections that are up in that origin They can kill you in a few minutes, but I've been crying bloody murder on Facebook and people will know I'm putting their names out there and everything. I'm trying to save my life. But they're so high with the government and military. Most of my friends can't stop them and they lie and deceive. They're never bringing me up and I don't know why they're getting paid by the military, but I know they owe the military money back if I don't die I'm an American citizen under the Bill of Rights and Constitution ain't in no government. They might have me on there like I work for the government or something, I don't know how the heck this

8:34 AM  Wed Mar 19                                                              5G 24%

# Outbox

Q Search

Cancel **Please stop 🫢 them before I'm dead I HAVE BEEN SAVAGELY BRUT...**   

citizen under the Bill of Rights and Constitution ain't in no government. They might have me on there like I work for the government or something. I don't know how the heck this is happening. I don't need to put any of them in jail or court Marshall but I want millions of dollars and maybe some protection somewhere in the country me and my wife like the beach. I'm telling you they'll be able to find me and they could kill me so I'm not gonna try to put them in jail, but I want money whether I gotta personally assume or the government I wouldn't do it for $1 billion again,please contact me or have a military get a hold of my federal attorneys. All I want is to get money and walk away. I'll leave America. I just don't wanna die and lose my wife or be tied off down the road and Killed. I'm not really wanting to press charges, but I don't wanna die and I don't wanna be tortured another day. But some millions would sure be good. I'm 62 years old my wife 67 but very beautiful and sweet and lovely. please somebody fly me in my wife they tie off at my voice box. They're so high tech and so high up in God and up in that origin and more for a military they can make it sound like it's me sometimes some of them talk through me and my wife here's a daily not sometimes Since I've known her and she knows it's another guy. She sometimes says I know that ain't she knows it she knows it so what can I do to me with the hierarchies keep getting orders if I'm saying, I hate God or anything like that they just keep hurting me. I wouldn't take all the money in the world to go through it, but please get my wife and me some money and make sure they never get in our lives again or military protection our number I can call if I feel like they show up at my house and start tying me off or something Please somebody call me. I'm not crazy. I am so on the money run their names and figure out if I'm telling the truth call

8:34 AM  Wed Mar 19                                                                                    5G 24%

Outbox

Search

Cancel  **Please stop 🫤 them before I'm dead I HAVE BEEN SAVAGELY BRUT...**  ↑

me I can get you their names they might've changed them again. They see my every
move. They can read your thoughts. Your thoughts go up and they can. They can speak
before I even get a thought out of my head there can be five or six or seven of them
packed in at my head and I heard all the voices for years. I know what each one of them
sounds like someone I know who they are and some I don't I know who the father is. I
know who McGillis is. I know who Janine Devenzin in a few I wouldn't want to get in
trouble they can shoot things into my body suck everything out of my body don't that'll
be good, they have my phone that ship has had my phone wired. They can tie into my
voice box and sound like me. I'm not joking. My wife hears it and get me in trouble with
hierarchies don't believe a thing they say I was never that bad of an abuser I've had to
smoke, which I never did when they Shanghai me and drink to deal with the pain to deal
with the pain for so long, they are not my friends they fake to the hierarchies,they can
use my voice box saying bad this crop my face in 6 years I figured all there trix.they tied
of my digestion for a year straight my wife peed out her rear for 3 months &me 6 to a
year,they hide deities in me so if they run tape on me you can't tell they are hurting me,
they block and cover it laying above me while looking like the are putting good in from
the God origin realm ⬛ 👁 👁 I, know they are all democrats buddy's with Hillary Clinton
go on the ship, 🔁 they made me look like a weirdo for the longest time like I like kids or
a flamer gay My friend said they had you at such a flamer that are up in the eye God
origin. they have my phone and iPad. They made it disappear if I'm writing bad and over
and over I'm rushing they can move things on my iPad. I lost my first one that was so
good written. I'm rushing it so that I can get it out so if it sounds like I repeat myself or

Updated

8:34 AM  Wed Mar 19                                                                                              ull 5G 24%

**Outbox**

Q Search

Cancel  **Please stop 🛑 them before I'm dead I HAVE BEEN SAVAGELY BRUT...**    ⬆

know who McConlic for I know who Jamino Dovenzan in a few I wouldn't want to get in trouble they can shoot things into my body suck everything out of my body don't that'll be good, they have my phone that ship has had my phone wired. They can tie into my voice box and sound like me. I'm not joking. My wife hears it and get me in trouble with hierarchies don't believe a thing they say I was never that bad of an abuser I've had to smoke, which I never did when they Shanghai me and drink to deal with the pain to deal with the pain for so long, they are not my friends they fake to the hierarchies, they can use my voice box saying bad this crop my face in 6 years I figured all there trix. they tied of my digestion for a year straight my wife peed out her rear for 3 months &me 6 to a year, they hide deities in me so if they run tape on me you can't tell they are hurting me, they block and cover it laying above me while looking like the are putting good in from the God origin realm ◼ 👁 👁 I, know they are all democrats buddy's with Hillary Clinton go on the ship, ✍ they made me look like a weirdo for the longest time like I like kids or a flamer gay My friend said they had you at such a flamer that are up in the eye God origin. they have my phone and iPad. They made it disappear if I'm writing bad and over and over I'm rushing they can move things on my iPad. I lost my first one that was so good written. I'm rushing it so that I can get it out so if it sounds like I repeat myself or my spelling or anything it's because of that They have my phone on that ship an iPad didn't come out of the port and hit a button. My phone blinks when I'm trying to write something good on Facebook or something. This is the sickest thing I've ever seen in my life on the victim. Please put a stop 🛑 to them

Sent from my

Updated a minutes ago



use my voice box saying bad this crop my face in 6 years I figured all there trix.they tied of my digestion for a year straight my wife peed out her rear for 3 months &me 6 to a year,they hide deities in me so if they run tape on me you can't tell they are hurting me, they block and cover it laying above me while looking like the are putting good in from the God origin realm ■ ◉ ◉I, know they are all democrats buddy's with Hillary Clinton go on the ship, 🛳 they made me look like a weirdo for the longest time like I like kids or a flamer gay My friend said they had you at such a flamer that are up in the eye God origin.

Sent from my

6:28                          LTE 

<      Chris Ventura      🔍

Posts   About   Videos   Photos   Events

**She's the illegal, legal mafia with her Kimberly corsey, alias Jeanne devinzen, her dad mom William Gillis on ship  & carra/teri gills Crew Hillary Clinton hit crew spiritual agent,& some military ,Former FBI Cops, DIA CIA,Navy,   torture kill US citiz**

 1

👍 Like    💬 Comment    🔗 Copy    ↗ Share

 **Chris Ventura**
Apr 1 · 🌐      ···

**Sarah Corsen Jeanne devenzin uldra corsey is committing a federal offense, torturing a American citizen, she a gov agent uses God with against the father THE WORD Christ&Holy spirt, that agrees in heaven& tortures&murders Christian**

🗎 Following       Message

 Home    Video    Friends    Marketplace    Notifications    Menu

5:34 ◀

● ● LTE 5

‹ **Chris Ventura** 🔍

Posts    About    Videos    Photos    Events

Why does Fred William mcgillis on ship have my apartment up 🛏️, because he's in my book copyrighted & his wife & brunette sister & dad that's why the brothers & all them been torturing me, a few didn't like me so killing after letting me write

👍 Like        💬 Comment        🖉 Copy        ↗ Share

**Chris Ventura**
Sep 25, 2024 · 🌐                    ●●●

That whole family takes turns going after my food 🌐 taking it every day for last year threw ports in my head they all take turns or gipper takes it & has a port in him, now they are shooting it right threw me while I eat dinner

🗑 Following          💬 Message

🏠 Home    📹 Video⁶    👥 Friends    🏪 Marketplace    🔔 Notifications³    ☰ Menu

5:39                              LTE 5

<       Chris Ventura      🔍

Posts    About    Videos    Photos    Events

heart out I know,others like
Gunther & Tammy has been
hiding in me shocked my intire
being my insides today , always
breaking me down attacking
my body when I think about
exercising , it's murder

👍 Like    💬 Comment    🔗 Copy    ↗ Share

**Chris Ventura**
Oct 3, 2024 · 🌐      •••

They are attacking my throat
heart🧠 brain today every day
they try & stop me from
working out ⏳ & torture me
threw the port or gipper hiding
in me till I drink or smoke that
family & crew, make it look like
putting good in me



🗓 Following      💬 Message

🏠 Home    📹 Video 6    👥 Friends    🏪 Marketplace    🔔 Notifications 3    ☰ Menu

5:41 ✈                                    LTE 5

‹                    Chris Ventura                    🔍

Posts    About    Videos    Photos    Events

> **I didn't ask for intelligence if they would 🪨 stop & get out of my body head I would not say a thing working with CIA, but I'm being tortured & murdererd, I will go to press & exposes the book 📕 I copy wrote**

👍 Like        💬 Comment        🔗 Copy        ↗ Share

Chris Ventura
Oct 11, 2024 · 🌐                                    •••

> **They are going for the kill on me I think soon attacking my whole system threw something spinning inside me, from a illegal cop 😈 shop or ship 🚢 or or-gin, they kill Christian's because I'm going to expose the book 📕 I copyrighted get out**



🗄 Following            💬 Message

🏠            ▶️⁶            👥            🏬            🔔³            ☰
Home        Video        Friends    Marketplace    Notifications    Menu

5:39        •   LTE **5**

<      **Chris Ventura**      🔍

Posts    About    Videos    Photos    Events

**Santa Barbara sheriffs department Sean,Danial,Seth/aron,james&terry corsey&Todd tunnicliff&wife bad 👹 &x4 illegal targeting &still collecting checks 4 murdering out of Gods I orgin** 🔲🔲◉

👍 1

👍 Like    💬 Comment    ⊘ Copy    ⤴ Share

**Chris Ventura**
Oct 4, 2024 · 🌐      •••

**Fred & those bad cops 👹 might have set up a bunch of people, they have had me in a bubble soundproofed, hurt me bad last night gipper might have been the one & others came threw my window 🪟 & had my apartment up that family & crew, it's illegal,**



🗹 Following      💬 Message

🏠 Home    📹 Video⁶    👥 Friends    🏪 Marketplace    🔔 Notifications³    ☰ Menu

5:39    LTE 5

‹    Chris Ventura    🔍

Posts    About    Videos    Photos    Events

**They have been attacking my brain 🧠 now they might go 4 a brain 🧠 aneurysm Seth's son 👤 & him have been, maybe them or Seth's sons crew, now some one is attacking my eyes 👀 now**

👍 Like    💬 Comment    🔗 Copy    ↗ Share

Chris Ventura
Oct 3, 2024 · 🌐                              …

**The family is going to take my heart out I know, others like Gunther & Tammy has been hiding in me shocked my intire being my insides today , always breaking me down attacking my body when I think about exercising , it's murder**

 Following     Message

 Home     Video     Friends     Marketplace     Notifications     Menu

5:42    •ıl LTE **5**

< Chris Ventura 🔍

Posts   About   Videos   Photos   Events



I can't believe my own government murdering and torturing me

👍 Like      💬 Comment      🔗 Copy      ↗ Share

Chris Ventura
Oct 14, 2024 · 🌐                                    ...



Fred is microwaving me in my apartment because the militaries locked on to my apartment. I've had such a fever all day. I'm blown out chunks attacking my throat. They attacked my system that whole family& crew

📦 Following        💬 Message



🏠 Home    📹 Video **6**    👥 Friends    🏬 Marketplace    🔔 Notifications **3**    ☰ Menu

5:43

LTE 5

## Chris Ventura

Posts    About    Videos    Photos    Events

**They have something in my head spinning I can go into my body and hurt me so bad they might be hiding up in the Santa Barbara mountains or back near red rock on the ship or a cop station**

👍 Like     💬 Comment     🔗 Copy     ↗ Share

**Chris Ventura**
Oct 14, 2024 · 🌐

**I think they got my body in the guillotine hiding on a military ship or in a cop station somewhere they want me dead because they wouldn't stop torturing me so I wrote a book about them all day&they didn't like I got a copy after got rid of it**



6:29 ✈   •• LTE ▌

‹   Chris Ventura   🔍

Posts   About   Videos   Photos   Events

👍 1                                    1 comment

👍 Like      💬 Comment      🔗 Copy      ↗ Share

Chris Ventura
Apr 4 · 🌐



**They're hurting my brain 🧠 that family crew im going to place a $500 million dollar 💵 lawsuit on the 🚢 ship & $500 million on Hillary Clinton lease or owns the ship with there dad , & $200 million on the high powered angel daughter,if I'm killed them**

✅ Following            💬 Message

🏠 Home   ▶️ Video   👥 Friends   🏪 Marketplace   🔔 Notifications   ☰ Menu

**Mail body: Evidence**

Evidence
Sent from my iPhone

6:16    .ıl LTE 4

<       Chris Ventura       Q

Posts    About    Videos    Photos    Events

**That family & crew are so high with God but they are military cops DIA FBI illegally targeting me, there's a legal system I'm forgiven Jesus** , **why has gipper hid in me 3 years, he's invisible from**  **I hurting looking like they put good as hurt**

👍 Like    💬 Comment    🔗 Copy    ↪ Share

Chris Ventura
Jan 29 · 🌐       ...

**That Corsen family keeps hurting my kidneys back origin so I have to take pills 💊 now for pain they are murdering me, they are high in God using it but FBi CIA DIA COPS illegally killing me, take my food threw port**



☑ Following      💬 Message

🏠 Home    ▶ Video    👥 Friends    🏪 Marketplace    🔔 Notifications ³    ☰ Menu

6:13    LTE 4

< **Chris Ventura** 🔍

Posts    About    Videos    Photos    Events



They are high in God 📱 🌑 lead but for years they induce pain slick ports in head & hiding in me hurting me till I drink & smoke while I try to live healthy, 6 years, now they rewire my body so I can't sleep with my wife since we married, against GODS WORD

👍 Like    💬 Comment    🔗 Copy    ↗ Share



Chris Ventura
Jan 19 · 🌐    ...

I hope I don't have to buy a gun and blow my brains 🧠 out in Cabo, better than doing it in America were these gov agents illegally targeting me faults accusing me, having control of my body brain torturing me 6 years, so against Gods word



📑 Following    💬 Message

🏠 Home    ▶ Video    👥 Friends    🛒 Marketplace    🔔 Notifications (3)    ☰ Menu

6:12 ⏀                                  ⸱⸱ LTE 4

‹                    Chris Ventura                    🔍

Posts    About    Videos    Photos    Events

**stuff in my head threw the thing in my head because I think they are going to try to get pregnant in Cabo San Lucas to want to hurt me sick BS**

2 comments

👍 Like        💬 Comment        🔗 Copy        ↪ Share

Chris Ventura
Jan 19 · 🌐

**They might give me a brain 🧠 hemorrhage so I don't know what to tell my federal attorneys placing federal charges against the family ship 🚢 crew**

☑ Following                    💬 Message


Home


Video


Friends


Marketplace


Notifications


Menu

6:13                                        LTE 4

<             Chris Ventura            🔍

Posts    About    Videos    Photos    Events

**Such BS I messed things up I was no tweaker, I had a accident that was a accident with faulty brakes sad, but I didn't hurt anyone, faults accusing to hide other truths of what they are really doing, look at other post recent**

👍 Like    💬 Comment    ✏️ Copy    ↪ Share

**Chris Ventura**
Jan 19 · 🌐                                        ...

**They keep keeping me awake every night while I'm sick inch or hurting with the thing behind my ear 👂 they showed up in Cabo San Lucas now I had to escape my home they have it so wired hurting me, because I got federal attorney, this is so off Gods word**



✅ Following      💬 Message

🏠 Home    ▶️ Video    👥 Friends    🏪 Marketplace    🔔 Notifications ³    ☰ Menu

6:12 ⬀                                    . LTE 4

<         Chris Ventura         🔍

Posts    About    Videos    Photos    Events

I 🖼👁 behind my left ear 👂 that can kill me it's everything I think as they mess with me to bring against me to get a kill order to hierarchy, they are government agents illegally targeting murder it hurts me, is

☾ You

👍 Like    💬 Comment    🔗 Copy    ↪ Share

**Chris Ventura**
Jan 19 · 🌐        •••

**That bunch that Shanghaid & military me now have been hurting my heart 4days, saying don't smoke my mild vapor, they might go for a heart attack, I had to leave my home they had it so wire invading,&port in my head, on my way  Cabo San Lucas,**



☑ Following        💬 Message

🏠    ▶️    👥    🏪    🔔³    ☰
Home    Video    Friends    Marketplace    Notifications    Menu

6:18   LTE 4

‹   **Chris Ventura**   🔍

Posts   About   Videos   Photos   Events

**They are staring hurting me again, have had my body in something bad stripping it, hiding deities in me throwing me off,mentally physically so I'm out of balance wanting to drink or smoke shaking me, family or ship 🛳 or crew threw window in head**

🐨 1

👍 Like      💬 Comment      🖉 Copy      ↗ Share

Chris Ventura
Feb 17 · 🌐

···

**That ship is back on me crapping my legs 🦵 so bad because I m trying to save my marriage they are ruining bringing my bedroom up 🖼 ◉ threatening so send some to hurt me if I post this**

🔖 Following          💬 Message



6:19 ⏶                                       ⏸ LTE ▣

‹                    Chris Ventura                    🔍

Posts    About    Videos    Photos    Events

imagine, gipper is a deity that's been tied into my brain heart emotions hiding in my body3-4 years more powerful then me as a deity controlling my mind emotions, even talks with my voice, gets commands to hurt me,help get him out 🌑

👍 Like       💬 Comment       🔗 Copy       ↗ Share

Chris Ventura
Feb 23 · 🌐                                  ···

They hide deities and angels in me hurting me as they pump good in from 👁 eye I Gods origin , illegal targeting all were DIA FBI Cops military, call blasphemy abuse as they hurt me so I drink smoke pills,19 years since drugs a handful of times only

✅ Following              💬 Message

🏠            ▶️            👥            🏪            🔔³            ☰
Home        Video       Friends     Marketplace  Notifications  Menu

**Mail body: Evidence**

Evidence
Sent from my iPhone

6:09    LTE 4

← **Chris Ventura**    🔍

Posts    About    Videos    Photos    Events

**Can some locals go up to the hierarchies military ones ▨late night & let them know I'm filing charges against 4 millions the ship & family crew, they are all cops & military gov payed illegal targeting me,faults accusing, tricky,CIA FBI,BS, get port out 💀**

👍 Like        💬 Comment        🔗 Copy        ↗ Share

Chris Ventura
Jan 12 · 🌐                              ⋯

**I don't know why this family crew ship are in me on me port ,they deceive, they pump good in for a bit then either strip it out or hurt me so I need to drink or smoke, They are all cops or gov & they have it out for me as a abuser & get paid, needs to end, BS**



☑ Following            💬 Message

🏠 Home    ▶ Video    👥 Friends    🏬 Marketplace    🔔³ Notifications    ☰ Menu

**Mail body: Evidence**

Sent from my iPhone

**Mail body: Evidence**

Evidence

6:12

LTE 4

< Chris Ventura Q

Posts    About    Videos    Photos    Events

**stuff in my head threw the thing in my head because I think they are going to try to get pregnant in Cabo San Lucas to want to hurt me sick BS**

2 comments

👍 Like        💬 Comment        🔗 Copy        ↪ Share

Chris Ventura
Jan 19 · 🌐                                    ...

**They might give me a brain 🧠 hemorrhage so I don't know what to tell my federal attorneys placing federal charges against the family ship 🚢 crew**

✅ Following              💬 Message

🏠 Home   ▶️ Video   👥 Friends   🏪 Marketplace   🔔 Notifications   ☰ Menu

6:11                                    LTE

< Chris Ventura                         🔍

Posts   About   Videos   Photos   Events

Would one of the locals go up? I have federal charges & attorneys They're keeping me awake spin whipping me talking threw port ear the family& ship 🚢 . I'm pretty sure they want some kind of order tonight to kill me,gov agents illegally

👍 Like      💬 Comment      🔗 Copy      ➦ Share

Chris Ventura
Jan 16 · 🌐

It got better they take me off the ship 🚢 them 4 -5 come talking threw the port being nice keeping me awake, con I eat to sleep then they start bringing me up again put something bad back in my hurting me again BS

🗀 Following              💬 Message



🏠 Home    ▶ Video    👥 Friends    🏬 Marketplace    🔔³ Notifications    ☰ Menu

6:12 ✈                                    ▪ LTE ▣

<       Chris Ventura       🔍

Posts   About   Videos   Photos   Events



**I ▢ ☻ behind my left ear 👂 that can kill me it's everything I think as they mess with me to bring against me to get a kill order to hierarchy, they are government agents illegally targeting murder it hurts me, is**

👍 You

👍 Like    💬 Comment    🔗 Copy    ↗ Share

Chris Ventura
Jan 19 · 🌐         ⋯



**That bunch that Shanghaid & military me now have been hurting my heart 4days, saying don't smoke my mild vapor, they might go for a heart attack, I had to leave my home they had it so wire invading,&port in my head, on my way  Cabo San Lucas,**

🗹 Following    💬 Message

🏠    ▶    👥    🏬    🔔³    ☰
Home   Video   Friends   Marketplace   Notifications   Menu

6:10    LTE 4

<       **Chris Ventura**       🔍

Posts    About    Videos    Photos    Events

## I heard them say leps name earlier

👍 Like     💬 Comment     🔗 Copy     ↪ Share

**Chris Ventura**
Jan 16 · 🌐      •••

**That ship ⛴ & family they have had something hooked up to my head & body for a week stripping everything good out me, last time they did I caught pneumonia, now I'm    out my head & sick 🤢 this is murder, they have had my digestive tie off almost a year**

🛍 Following     💬 Message

🏠 Home    ▶ Video    👥 Friends    🏪 Marketplace    🔔³ Notifications    ☰ Menu

6:10    LTE 4

< **Chris Ventura** 🔍

Posts    About    Videos    Photos    Events

**This port in my head it goes to where they are up an 🌙 ⬜ I or their homes. It's like a candelabra candlestick with many ports, so they start hurting me so I drink smoke & say bad things against angels or deities to get kill order with hierarchies**

👍 Like     💬 Comment     ⟲ Copy     ↗ Share

**Chris Ventura**
Jan 16 · 🌐    ···

**Fred has my head in something bad every night I go to bed 🚤 penthol has my bedroom on his ship ⛴ with my wife they attack my body stripping it of all good so I speak bad against them & run it to hierarchy trying to ruin my marriage & murder me illegal**



📓 Following          💬 Message

🏠 Home    ▶️ Video    👥 Friends    🏪 Marketplace    🔔 Notifications ³    ☰ Menu

6:09                                     LTE 4

<         Chris Ventura         Q

Posts    About    Videos    Photos    Events

> **I think they put me back on that ship they are hurting me again BS I'm illegal program I'm sueing**

🐾 1

👍 Like    💬 Comment    🔗 Copy    ↗ Share

**Chris Ventura**
Jan 13 · 🌐         •••

> **I think they moved it from the ship to the Santa Barbara cop 🐀 station out near Alisa Lompoc I have federal charges sueing the US military & the Santa Barbara sheriffs department, they move it to houses to when they get in trouble**



🗄 Following      💬 Message

🏠 Home    ▶ Video    👥 Friends    🏪 Marketplace    🔔³ Notifications    ☰ Menu

5:59    LTE 4

**Chris Ventura**

Posts    About    Videos    Photos    Events

gipper hiding in me keep attacking my system for months so I can't take care of my wife & loose her, the never taking me up the con it's murder

1

Like    Comment    Copy    Share

**Chris Ventura**
Dec 26, 2024 · 🌐

The crew & family from the ship 🚢 keep going into my body threw the port in my head on the left side of my temple in my head going after my food & hurting me or gipper hiding in me with ports in him, they are never bringing me up to eye 👁 🌀 it's just murder

Following    💬 Message

Home    Video    Friends    Marketplace    Notifications    Menu

6:07      .ıl LTE 4

<       **Chris Ventura**       Q

Posts    About    Videos    Photos    Events

the ship and all that family and crew are cops & military they Shanghai in an illegal program and run stuff up to the hierarchy, up in I ☺ ▦ hiding behind God and making money off the taxpayers they're breaking God's laws      covenant

👍 Like    💬 Comment    ⊘ Copy    ↪ Share

**Chris Ventura**
Jan 10 · 🌐

These murderers won't leave my wife & me alone the ship 🚢 crew family killing America citizens on the tax payer dollars illegal program Joe Pinchback William McGillis Jeanne devinzen barring faults witness shedding innocent blood murderers



🗇 Following      💬 Message

🏠 Home    🎬 Video ⑥    👥 Friends    🏪 Marketplace    🔔 Notifications ③    ☰ Menu

6:05    .. LTE 4

< Chris Ventura Q

Posts    About    Videos    Photos    Events

**That family, Joe pinch back and ship William McGillis, and the brunette daughter are running an illegal program making money off the taxpayers Shanghai people put them to work for the government if they don't like you they kill you ,faults accusing,**

👥 1

👍 Like    💬 Comment    ⟲ Copy    ↗ Share

Chris Ventura
Jan 9 · 🌐    •••

**That shit, family and crew she's a candelabra there's many ports to the port in my head. They can be hiding in homes or spraying right into my head. They sprayed natural gas once they're mad cause I'm putting about a $80 million lawsuit on them**



⊟ Following    💬 Message

🏠 Home    📹 Video 6    👥 Friends    🏪 Marketplace    🔔 Notifications 3    ☰ Menu

6:05     .. LTE 4

<       **Chris Ventura**       🔍

Posts    About    Videos    Photos    Events

**William McGillis and his family on that ship are attacking my throat to try to get me cancer cause I'm pulling legal charges on them for all their BS fault accusing and their murder in a Christian torture for six years**

5 comments

 Like     Comment     Copy     Share

 **Chris Ventura**
Jan 9 · 🌐      ...

**They have something very powerful on my head on that 🚢 ship, they are keeping me awake, they don't like I have federal attorneys to bring charges against them & a major lawsuit, what they're doing to me is so against God's word 100% BS lies**

 Following       Message

                    
Home    Video    Friends    Marketplace    Notifications    Menu

6:06        ıı LTE 4

‹      **Chris Ventura**      🔍

Posts    About    Videos    Photos    Events

**This family& that ship are running an illegal program, making money off the taxpayers Shanghai and people calling them a threat false accusing if they don't bring you up they just murder you, my attorney is filing attempted murder and 80 million**

👍 Like     💬 Comment     ⟲ Copy     ➤ Share

**Chris Ventura**
Jan 10 · 🌐         ···

**They acted like the pump good in last night while I slept now they got me back on that guillotine or whatever that sucks.The life out of youThey gave me pneumonia. William McGillis🚢ship, Joe pinchback to Janine Devinzen, attempt murder& 80 million**

☑ Following      💬 Message

🏠 Home    🎬 Video    👥 Friends    🏪 Marketplace    🔔 Notifications    ☰ Menu