JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEE VENTURA,<br>Plaintiff,<br>v.<br>DONALD TRUMP, et al.,<br>Defendants. | No. 2:25-cv-04353-JFW-BFM<br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the First Amended Complaint in this matter is dismissed, and the action is dismissed with prejudice.

DATED: July 23, 2025

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE